AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| People of the State of New York | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-3773 |
| Donald J. Trump | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald J. Trump                                                                                                              .

Date:     05/04/2023                                                            /s Susan R. Necheles
                                                                                            *Attorney's signature*

                                                                                            Susan Necheles SN1215
                                                                                            *Printed name and bar number*
                                                                                            1120 6th Ave., 4th Flor
                                                                                            New York NY 10036

                                                                                            *Address*

                                                                                            srn@necheleslaw.com
                                                                                            *E-mail address*

                                                                                            (212) 997-7400
                                                                                            *Telephone number*

                                                                                            *FAX number*