AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| The People of the State of New York | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-03773 |
| Donald J. Trump | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The People of the State of New York .

Date:   05/04/2023

/s/ Matthew Colangelo
*Attorney's signature*

Matthew Colangelo (MC-1746)
*Printed name and bar number*
New York County District Attorney's Office
1 Hogan Place
New York, NY 10013

*Address*

colangelom@dany.nyc.gov
*E-mail address*

(212) 335-9000
*Telephone number*

*FAX number*