AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| People of the State of New York | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-3773 |
| Donald J. Trump | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

People of the State of New York                                                                                                    .

Date:    05/09/2023

/s/ Catherine McCaw
*Attorney's signature*

Catherine McCaw, 5245824
*Printed name and bar number*
New York County District Attorney's Office
80 Centre Street
New York, NY 10013

*Address*

mccawc@dany.nyc.gov
*E-mail address*

(212) 335-9000
*Telephone number*

*FAX number*