UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
:
THE PEOPLE OF THE STATE OF NEW :
YORK, : **ORDER REGULATING**
: **PROCEEDINGS**
-against- :
: 23 Civ. 3773 (AKH)
:
DONALD TRUMP, :
:
Defendant. :
:
---------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

I have studied the notice of removal and attendant papers as required by 28 U.S.C. § 1455 (b)(4). In order that an evidentiary hearing may promptly be held, 28 U.S.C. § 1455 (b)(5), the following schedule shall be observed:

Any motion for remand, and supporting papers, shall be filed by May 30, 2023;

Opposition papers shall be filed by June 15, 2023;

Reply papers shall be filed by June 23, 2023.

An evidentiary hearing, to the extent that there are disputed issues of fact, and argument as to the law, shall be held June 27, 2023, 2:30 pm, 500 Pearl Street, New York, NY 10007, Courtroom 26A.

In the meantime, proceedings may continue in the Supreme Court of the State of New York, New York County. *See* 28 U.S.C. § 1455 (b)(3).

SO ORDERED.

Dated:   May 9, 2023
         New York, New York

                                         _____
                                         ALVIN K. HELLERSTEIN
                                         United States District Judge