AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| The People of the State of New York ) <br> *Plaintiff* ) <br> v. ) <br> Donald J. Trump ) <br> *Defendant* ) | Case No.  1:23-cv-03773 |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The People of the State of New York

Date:  05/09/2023

*Attorney's Signature*

Susan Hoffinger (SH-2101)
*Printed name and bar number*
New York County District Attorney's Office
1 Hogan Place
New York, NY 10013

*Address*

hoffingers@dany.nyc.gov
*E-mail address*

(212) 335-9000
*Telephone number*

*FAX number*