AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| People of the State of New York )<br>*Plaintiff* )<br>v. )<br>Donald J. Trump )<br>*Defendant* ) | Case No.  23-cv-3773 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

People of the State of New York

Date:  05/18/2023

*Attorney's signature*

Christopher Conroy 2823896
*Printed name and bar number*
New York County District Attorney's Office
One Hogan Place
New York, NY 10013

*Address*

conroyc@dany.nyc.gov
*E-mail address*

(212) 335-9000
*Telephone number*

*FAX number*