AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| People of The State of New York | ) |
| *Plaintiff* | ) |
| v. | ) |
| Donald J. Trump | ) |
| *Defendant* | ) |

Case No.    1:23-cv-03773-AKH

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

People of The State of New York                                                                                           .

Date:      05/26/2023

/s/ Steven C. Wu
*Attorney's signature*

Steven C. Wu (#SW1735)
*Printed name and bar number*

One Hogan Place
New York, New York 10013

*Address*

wus@dany.nyc.gov
*E-mail address*

(212) 335-9326
*Telephone number*

*FAX number*