AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| People of the State of New York | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-03773-AKH |
| Donald J. Trump | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

People of the State of New York.

Date: 05/30/2023

/s/ Philip V. Tisne
*Attorney's signature*

Philip V. Tisne (PT0812)
*Printed name and bar number*

One Hogan Place
New York, NY 10013
*Address*

tisnep@dany.nyc.gov
*E-mail address*

(212) 335-3824
*Telephone number*

*FAX number*