UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK<br><br>-against-<br><br>DONALD J. TRUMP,<br><br>             Defendant. | 23 Civ. 3773 (AKH) |

### PEOPLE'S NOTICE OF MOTION TO SEAL

PLEASE TAKE NOTICE that the People of the State of New York hereby move the Court to seal seven exhibits to the People's Motion for Remand, filed contemporaneously with this motion.

In support of this motion, the People rely on the accompanying Memorandum of Law; the Declaration of Matthew Colangelo dated May 30, 2023; the exhibits attached to that Declaration; the pleadings and papers on file in this action; and any argument and evidence that is presented on the hearing of this motion.

DATED: May 30, 2023

Respectfully submitted,

ALVIN L. BRAGG, JR.
*District Attorney, New York County*

By: */s /Becky Mangold*
Becky Mangold
New York County District Attorney's Office
1 Hogan Place
New York, NY 10013
212-335-9000
mangoldr@dany.nyc.gov

*Attorney for the People of the State of New York*

1