UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK<br><br>-against-<br><br>DONALD J. TRUMP,<br><br>               Defendant. | 23 Civ. 3773 (AKH) |

**PEOPLE'S NOTICE OF MOTION FOR REMAND**
**(28 U.S.C. §§ 1447 and 1455)**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1447 and 1455 and the Court's May 9, 2023 Order Regulating Proceedings (ECF No. 8), the People of the State of New York hereby move the Court for remand of this criminal prosecution to the Supreme Court of the State of New York, New York County.

In support of this motion, the People rely on the accompanying Memorandum of Law; the Declaration of Matthew Colangelo dated May 30, 2023; the exhibits attached to that Declaration; the pleadings and papers on file in this action; and any argument and evidence that is presented on the hearing of this motion.

DATED:  May 30, 2023

Respectfully submitted,

ALVIN L. BRAGG, JR.
*District Attorney*
*New York County*

By: */s/ Matthew Colangelo*
Matthew Colangelo
New York County District Attorney's Office
1 Hogan Place
New York, NY 10013
212-335-9000
colangelom@dany.nyc.gov

*Attorney for the People of the State of New York*