# Exhibit 4



← **President Trump 45 Archived** ✓
11K Tweets

**Follow**

# President Trump 45 Archived ✓
@POTUS45

This is an archive of a Trump Administration account, maintained by the National Archives and Records Administration.

🔗 TrumpLibrary.gov    📅 Joined January 2017

**38** Following    **32.7M** Followers

**Tweets**    Tweets & replies    Media    Likes

**Donald J. Trump**
@realDonaldTrump · Follow

Mr. Cohen, an attorney, received a monthly retainer, not from the campaign and having nothing to do with the campaign, from which he entered into, through reimbursement, a private contract between two parties, known as a non-disclosure agreement, or NDA. These agreements are.....

6:46 AM · May 3, 2018

♥ 45.3K    💬 Reply    ↑ Share

Read 18.4K replies

**Donald J. Trump**
@realDonaldTrump · Follow

...very common among celebrities and people of wealth. In this case it is in full force and effect and will be used in Arbitration for damages against Ms. Clifford (Daniels). The agreement was used to stop the false and extortionist accusations made by her about an affair,......

6:54 AM · May 3, 2018

♥ 46.5K    💬 Reply    ↑ Share this Tweet

Read 16.4K replies

**Donald J. Trump**
@realDonaldTrump · Follow

...despite already having signed a detailed letter admitting that there was no affair. Prior to its violation by Ms. Clifford and her attorney, this was a private agreement. Money from the campaign, or campaign contributions, played no roll in this transaction.

7:00 AM · May 3, 2018

♥ 51.6K    💬 Reply    ↑ Share

Read 38.1K replies