# Exhibit 5

# POLITICO

## Full text: Rudy Giuliani issues statement clarifying his earlier remarks



"There is no campaign violation" regarding the payment to porn star Stormy Daniels, former New York Mayor Rudy Giuliani wrote in a statement. | Drew Angerer/Getty Images

By POLITICO STAFF
05/04/2018 02:26 PM EDT

   

*On Friday, former New York City Mayor Rudy Giuliani issued the following statement clarifying his previous remarks on a payment made to adult film star Stormy Daniels.*

AD

This is intended to clarify the views I expressed over the past few days.

These are my views:

First:

There is no campaign violation. The payment was made to resolve a personal and false allegation in order to protect the President's family. It would have been done in any event, whether he was a candidate or not.

Second:

My references to timing were not describing my understanding of the President's knowledge, but instead, my understanding of these matters.

Third:

It is undisputed that the President's dismissal of former Director Comey – an inferior executive officer – was clearly within his Article II power. Recent revelations about former Director Comey further confirm the wisdom of the President's decision, which was plainly in the best interests of our nation.

FILED UNDER: WHITE HOUSE, RUDY GIULIANI, DONALD TRUMP, 

### Breaking News Alerts

Sign up for POLITICO Breaking News Alerts to receive the latest updates in your inbox.

EMAIL

Your Email

**INDUSTRY**

Select Industry

**SIGN UP**

By signing up you agree to allow POLITICO to collect your user information and use it to better recommend content to you, send you email newsletters or updates from POLITICO, and share insights based on aggregated user information. You further agree to our privacy policy and terms of service. You can unsubscribe at any time and can contact us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.