UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

June 1, 2023

Matthew Colangelo, Esq.  
NY County District Attorney's Office  
1 Hogan Place  
New York, NY 10013

Todd Blanche, Esq.  
Blanche Law  
99 Wall Street  
New York, NY 10005

Re:   *People of the State of New York v. Donald J. Trump* – 23 Civ. 3773 (AKH)

Dear Counsel:

I write to let you know that on October 5, 1994 and July 7, 1995, as a partner of Stroock & Stroock & Lavan, LLP, I performed legal services for a company affiliated with Defendant Donald J. Trump – Trump Equitable Fifth Avenue Co. – in a dispute related to percentage rentals. Stroock also represented this and other companies affiliated with Defendant. I am advised that the revenues coming from these clients were less than one percent of the firm's revenues.

As a retired partner of Stroock, I receive a pension. I retired from Stroock in November 1998.

None of these matters will affect my rulings in this case. I have no financial interest or personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts and neither I nor Stroock served as a lawyer in the matter in controversy. In my opinion, my impartiality cannot reasonably be questioned and no appearance of impropriety exists. See *Code of Conduct for United States Judges* Canon 3C, 2A. There is no basis or recusal. *Id.* Canon 3A(2).

Any comments or objections shall be filed with the Clerk of Court on or before June 15, 2023.

This letter will be made part of the court records.

Very truly yours,

Alvin K. Hellerstein
United States District Judge (Senior)

cc: Clerk of Court - SDNY