

**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000

ALVIN L. BRAGG, JR.
DISTRICT ATTORNEY

June 5, 2023

**By ECF**

The Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
Room 1050
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *People of The State of New York v. Donald J. Trump*, 23 Civ. 3773 (AKH)

Dear Judge Hellerstein:

This letter responds to the Court's June 1, 2023 letter to counsel regarding the Court's past legal services for Trump Equitable Fifth Avenue Co. and pension from Stroock & Stroock & Lavan, LLP.  ECF No. 20.

The People believe that the circumstances identified by the Court do not present any appearance of impropriety, reason to question the Court's impartiality, or other basis for recusal under 28 U.S.C. § 455 or the *Code of Conduct for United States Judges*.  The People do not object to the Court's assignment to this matter.

Respectfully submitted,

*/s/ Matthew Colangelo*
Matthew Colangelo
Assistant District Attorney

cc (by hand):
Clerk of Court