**BLANCHE LAW**

Todd Blanche, Esq.
99 Wall Street, Suite 4460
New York, New York 10005
212-716-1260
toddblanche@blanchelaw.com

June 5, 2023

<u>Via ECF</u>
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *People v. Donald J. Trump*, 23-cv-3773 *(AKH)*

Dear Judge Hellerstein:

     We respectfully write in response to Your Honor's June 1, 2023 letter, Dkt. # 20, where Your Honor described prior legal work Your Honor, and Your Honor's former law firm, performed on behalf of President Trump's business interests some thirty years ago.

     After considering Your Honor's letter, and consulting with our client, we agree with Your Honor's conclusion that the prior work does not provide any basis for a recusal in this matter.

                                      Respectfully submitted,

                                      Blanche Law
                                      Todd Blanche

                                      NechelesLaw LLP
                                      Susan R. Necheles

cc: All counsel (via ECF)

**Todd Blanche**    Tel +1 212 716-1260    toddblanche@blanchelaw.com