UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
:
THE PEOPLE OF THE STATE OF NEW :
YORK, :
: **ORDER**
-against- :
: 23 Civ. 3773 (AKH)
:
DONALD TRUMP, :
:
Defendant. :
:
---------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court has considered the People's Motion to Seal filed on May 30, 2023 (ECF No. 15), and it is hereby

**ORDERED** that the People's Motion to Seal is GRANTED; and it is further

**ORDERED** that Exhibits 1, 3, 8, 9, 10, 11, and 12 of the May 30, 2023 Declaration of Matthew Colangelo (ECF No. 18) are hereby sealed; and it is further

**ORDERED** that the People shall re-file the Declaration of Matthew Colangelo on ECF with the restrictions necessary for sealed filing.

SO ORDERED.

Dated:  June /, 2023
        New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge