UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

People of The State of New York

Fill in above the full name of each plaintiff or petitioner.

Case No. 1:23 CV 03773-AKH

-against-

Donald J. Trump

Fill in above the full name of each defendant or respondent.

## DECLARATION

in Support of Lewis Brooks McKenzie's Motion to Intervene

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Lewis Brooks McKenzie, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

1. I am a resident of Red River County, Texas.

2. I have been, and I am now, a registered voter of Red River County, Texas.

3. I have voted previously for Donald J. Trump to be President.

4. I intend to vote again in 2024 for Donald J. Trump to be President.

5. Affiant sayeth further naught.

Rev. 6/30/16

Attach additional pages and documents if necessary.

| 06/12/2023 | /s/ Lewis Brooks McKenzie /s/ |
|---|---|
| Executed on (date) | Signature |
| Lewis Brooks McKenzie | (N/A) |
| Name | Prison Identification # (if incarcerated) |
| 706 W. 4th Street | Clarksville    TX    75426 |
| Address | City    State    Zip Code |
| 972-837-5678 | LBMTCU@gmail.com |
| Telephone Number (if available) | E-mail Address (if available) |