UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

People of The State of New York

　　　　　　　　　　Plaintiff(s),

-against-

Donald J. Trump

　　　　　　　　　　Defendant(s).

Docket No: 1:23　　CV 03773-AKH

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

McKenzie, Lewis Brooks　　　　　　　INTERVENOR -->　☐ Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Defendant

Name (Last, First, MI)

| 706 W. 4th Street, | Clarksville, | TX | 75426 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 972-837-5678 | LBMTCU@gmail.com |
|---|---|
| Telephone Number | e-mail address |

| 06/12/2023 | /s/ Lewis Brooks McKenzie /s/ |
|---|---|
| Date | Signature |