UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

People of The State of New York
_____
Write the full name of each plaintiff or petitioner.

-against-

Donald J. Trump
_____
Write the full name of each defendant or respondent.

No. 1:23 CV 03773-AKH :

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on  reviewed per webpage directions .

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ■ a computer with internet access and a word processor

   type of computer I will be using: Microsoft Windows-based PC

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

      type of word processor I will be using: __Microsoft Word__

- ☒ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- ☒ a scanner to convert documents that are only in paper format into electronic files

      scanning equipment I will be using: __HP all-in-one printer, if needed__

- ☒ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

      version of PDF reader and writer that I will be using:
      __PrimoPDF 5.1.0.2 (Adobe PDF-A compatible)__

- ☒ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

| __June 12, 2023__ | __/s/ Lewis Brooks McKenzie /s/__ |
|---|---|
| Dated | Signature |

__Lewis Brooks McKenzie__
Name

| __706 W. 4th Street__ | __Clarksville__ | __TX__ | __75426__ |
|---|---|---|---|
| Address | City | State | Zip Code |

| __972-837-5678__ | __LBMTCU@gmail.com__ |
|---|---|
| Telephone Number | E-mail Address |