UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

People of The State of New York

Write the full name of each plaintiff or petitioner.

Case No. 1:23 CV 03773-AKH

-against-

Donald J. Trump

NOTICE OF MOTION

TO CERTIFY TO 2ND COA

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that **Intervenor**   **Lewis Brooks McKenzie**

plaintiff or defendant          name of party who is making the motion

requests that the Court:

before the Honorable Alvin K. Hellerstein, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, provide entry of an order granting the undersigned's Motion to Certify Questions to the Second Circuit Court of Appeals, all and the same pursuant to 52 USC § 30110.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☒ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☒ the following additional documents: Intervenor Lewis Brooks McKenzie's Notice of

Constitutional Questions Regarding the Federal Election Campaign Act

06/12/2023

Dated

Lewis Brooks McKenzie

Name

706 W. 4th Street

Address

972-837-5678

Telephone Number (if available)

/s/ Lewis Brooks McKenzie /s/

Signature

(N/A)

Prison Identification # (if incarcerated)

Clarksville   TX   75426

City          State   Zip Code

LBMTCU@gmail.com

E-mail Address (if available)