UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
THE PEOPLE OF THE STATE OF NEW YORK,    :
:   23 Civ. 3773 (AKH)
v.   :
:
DONALD J. TRUMP,   :   **AFFIRMATION OF TODD**
:   **BLANCHE IN SUPPORT OF**
Defendant.   :   **DONALD J. TRUMP'S OPPOSITION**
:   **TO THE PEOPLE'S MOTION FOR A**
:   **REMAND**
:
:
-----------------------------------------------------------------x

Todd Blanche, a partner at the law firm Blanche Law, duly admitted to practice in the courts of the State of New York and the United States District Court for the Southern District of New York, hereby affirms the following to be true under penalties of perjury:

1. I represent President Donald J. Trump in this matter and submit this affirmation in opposition to the People's motion for a remand.

2. Attached to this Affirmation are true and correct copies of the following numbered exhibits:

Exhibit A: Statement of Facts, which was filed by the Manhattan District Attorney's office on April 4, 2023;

Exhibit B: Two e-mails from Michael Cohen to various individuals, all of which are in connection with Cohen's resignation from the Trump Organization: (1) a January 24, 2018 (automatic reply) e-mail from Cohen to Alan Garten, and (2) a January 27, 2017 e-mail from Cohen to the "Trump Main Office" distribution list (e-mail address and cell phone number redacted).

Dated: New York, New York
June 15, 2023

By: */s/ Todd Blanche*

Todd Blanche
Blanche Law
99 Wall Street, Suite 4460
New York NY 10005
212-716-1250
toddblanche@blanchelaw.com