# Exhibit B

Message

| | |
|---|---|
| From: | Michael Cohen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7322445B154D45BBA27F7955270967FF-MCOHEN] |
| Sent: | 1/24/2018 9:28:17 AM |
| To: | Alan Garten [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f3745b42d3574ef6a3987ba673468d3d-agarten] |
| Subject: | Automatic reply: The Guardian / Latvia |

Effective January 20, 2017, I have accepted the role as personal counsel to President Donald J. Trump. All future emails should be directed to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and all future calls should be directed to ▇▇▇▇▇.

CONFIDENTIAL

| | |
|---|---|
| **Message** | |
| From: | Michael Cohen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7322445B154D45BBA27F7955270967FF-MCOHEN] |
| Sent: | 1/27/2017 10:40:30 AM |
| To: | Trump Main Office [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8825aa2a3ae244ac84ec4bcec9f0a7be-Trump Main] |
| Subject: | "Says Who" |
| Flag: | Follow up |

Dear All:

I cannot express how difficult it is for me to write this farewell e-mail. Ten years ago, when Mr. Trump offered me my position at the Trump Organization, I distinctly remember this indescribable feeling as I took my place in Ivanka's old office. As I am now cleaning out my office to embark on this new journey, that feeling has returned. This time, with a degree of sadness included.

Over these 10 years, we have shared as a company, as friends, as family so many joyous occasions together, and unfortunately, some sad ones as well.

I will be in and out of the office with my final day to say goodbye this Tuesday. We all know too well how the liberal media and anti-Trump advocacy groups intend on attacking our boss. It is for this reason that I am truly excited to begin my new position as Personal Attorney to President Donald J. Trump. It is an incredible honor for me and I look forward to productive and exciting times with President Trump. However, I will very much miss each and every one of you here at the Trump Organization and I would like to thank all of you for making my years here memorable ones. You have all been fantastic -- and I know you will continue to be so with Don and Eric.

If anyone should need me, or just to drop a note telling me how quiet the 26th floor is now that I am gone, I will be retaining my cellular number and effective Tuesday, my new e-mail address will be ███████████████.

Yours,


THE TRUMP ORGANIZATION

**Michael Cohen**
Executive Vice President and
Special Counsel To Donald J. Trump
725 Fifth Avenue | New York, NY | 10022
p. 212.836.3212 | f. 212.980.3821
c: ███████
mcohen@trumporg.com | trump.com