UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

THE PEOPLE OF THE STATE OF NEW YORK,

    -against-

DONALD TRUMP,

                                Defendant.

**ORDER REGULATING PROCEEDINGS**

23 Civ. 3773 (AKH)

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The court confirms receipt of the parties' letter, dated June 22, 2023, concerning the June 27, 2023, hearing at 2:30 PM in Courtroom 26A. The order of proceedings at that hearing will be as follows:

1. Arguments from both parties as to whether or not the Court has jurisdiction pursuant to 28 U.S.C. § 1442(a)(1) or must remand the case to the New York Supreme Court.

2. Identification of any factual issues that must be decided and establishment of dates and procedures with regard to such issues.

       The court acknowledges Defendant's waiver of any right to be physically present at the June 27th hearing. The Court accedes to Defendant's request not to be present.

       SO ORDERED.

Dated:    June 23, 2023                                 /s/ Alvin K. Hellerstein
            New York, New York                  ALVIN K. HELLERSTEIN
                                                       United States District Judge