UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK<br><br>-against-<br><br>DONALD J. TRUMP,<br><br>   Defendant. | 23 Civ. 3773 (AKH) |

### DECLARATION OF MATTHEW COLANGELO

Matthew Colangelo, pursuant to penalty of perjury under 28 U.S.C. § 1746, does hereby state the following:

I am an attorney in the New York County District Attorney's Office and counsel to the People in this action. I submit this Declaration in support of the People's motion for remand (ECF No. 17).

Attached to this Declaration are true and correct copies of the following numbered exhibits:

Ex. 25    Memorandum Supporting Donald J. Trump's Motion to Dismiss, *Thompson v. Trump*, No. 21-cv-400-APM (D.D.C. May 26, 2021).

DATED:  June 23, 2023              */s/ Matthew Colangelo*
                                   Matthew Colangelo
                                   New York County District Attorney's Office
                                   1 Hogan Place
                                   New York, NY 10013
                                   212-335-9000
                                   colangelom@dany.nyc.gov

                                   Attorney for the People

1