**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

June 29, 2023

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
Room 1050
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *People of The State of New York v. Donald J. Trump*, No. 23 Civ. 3773 (AKH)

Dear Judge Hellerstein:

  At the June 27, 2023 evidentiary hearing in this matter, the Court received in evidence People's Exhibits 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, and 26.  *See* Hearing Tr. 26, 36.  Exhibits 3 through 12 were previously filed on the docket in this action.  (ECF Nos. 24-2, 18-4, 18-5, 18-6, 18-7, 24-3, 24-4, 24-5, 24-6, & 24-7.)  Exhibit 26 was not previously docketed and is filed with this letter for completeness of the record.

  In addition, the Court asked that one of the checks from sealed Exhibit 11 be identified as a separate exhibit to be included as part of the public record.  *See* Hearing Tr. 27.  The People accordingly file the attached one-page excerpt from Exhibit 11 and identify this excerpt as Exhibit 27 for purposes of the record.  The document filed as Exhibit 27 contains limited redactions solely to a bank account number and home address for compliance with Fed. R. Crim. P. 49.1(a).  The People conferred with defense counsel before filing this letter and defense counsel advised that they do not object to these redactions.

          Respectfully submitted,

          */s/ Matthew Colangelo*
          Matthew Colangelo
          New York County District Attorney's Office
          1 Hogan Place
          New York, NY 10013
          212-335-9000
          colangelom@dany.nyc.gov