# Exhibit 27

DONALD J. TRUMP (Com: DJT)                                                                 CD-135213   M COHEN

| Inv Date | Invoice Number | Description | Invoice Amt | Deductions | Net Amount |
|---|---|---|---|---|---|
| 08/01/17 | 08/01/17 | RETAINER - 8/1-8/31/17 | 35,000.00 | | 35,000.00 |
| TO: MICHAEL D COHEN ESQ | | | Check Date 08/01/17 | Ck. No. 002821 | 35,000.00 |

DONALD J. TRUMP (Com: DJT)                                                                 CD-135213   M COHEN

| Inv Date | Invoice Number | Description | Invoice Amt | Deductions | Net Amount |
|---|---|---|---|---|---|
| 08/01/17 | 08/01/17 | RETAINER - 8/1-8/31/17 | 35,000.00 | | 35,000.00 |
| TO: MICHAEL D COHEN ESQ | | | Check Date 08/01/17 | Ck. No. 002821 | 35,000.00 |

THIS CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK AND HAS MICRO PRINTING IN THE SIGNATURE LINE

**DONALD J. TRUMP**
725 5TH AVENUE
NEW YORK, NY 10022

CAPITAL ONE, N.A.
57 WEST 57TH STREET
NEW YORK, NY 10019

50-791/214

NO. 002821

CHECK DATE   08/01/17
CHECK AMOUNT   ****$35,000.00**

PAY ***THIRTY FIVE THOUSAND DOLLARS AND NO CENTS***********************************

TO THE ORDER OF
MICHAEL D COHEN ESQ
NEW YORK, NY 10022

75 77

CONFIDENTIAL                                                                                                    DANY_000374