UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                                                :

THE PEOPLE OF THE STATE OF NEW YORK,    :

                                                                        :        23 Civ. 3773 (AKH)
            v.                                                      :
                                                                       :

DONALD J. TRUMP,                                 :
                                                                       :        **NOTICE OF APPEAL**
                                    Defendant.          :
                                                                         :
-----------------------------------------------------------------x

Notice is hereby given that Donald J. Trump appeals to the United States Court of Appeals for the Second Circuit from the judgment and order entered on July 19, 2023, that denied Donald J. Trump's removal motion and granted the People's motion to remand this case to state court.

Dated:    New York, New York
              July 28, 2023

                                      Respectfully submitted,

                                          /s/
                                    Todd Blanche
                                    Blanche Law
                                    99 Wall Street
                                    New York, New York 10005
                                    212-716-1250
                                    toddblanche@blanchelaw.com

                                    Susan R. Necheles
                                    NechelesLaw LLP
                                    1120 Sixth Avenue, 4th Floor
                                    New York, New York 10036
                                    212-997-7400
                                    srn@necheleslaw.com

cc: ADA Matthew Colangelo (via ECF)