UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, | No. 23 Civ. 3773 (AKH) |
| - v. - | **AFFIRMATION OF EMIL BOVE IN SUPPORT OF PRESIDENT DONALD J. TRUMP'S SECOND NOTICE OF REMOVAL** |
| DONALD J. TRUMP, | |
| Defendant. | |

Emil Bove, a partner at the law firm Blanche Law PLLC, hereby affirms:

1. I am one of the attorneys representing President Donald J. Trump in this matter and a member in good standing of the bars of this Court and New York State.

2. I respectfully submit this Affirmation and the accompanying Exhibits, labeled Exhibits F through LL, in support of President Trump's August 29, 2024 Second Removal Notice relating to the proceedings in the Supreme Court of New York County captioned *People v. Trump*, Ind. No. 71543-23. I respectfully incorporate by reference Exhibits A – E from the May 4, 2023 Affirmation of Susan R. Necheles, which were filed on the public docket sheet in this matter at ECF No. 1-1.

3. Exhibit F is a true and accurate copy of a September 29, 2023 Memorandum of Law filed in redacted form in *People v. Trump*.

4. Exhibit G is a true and accurate copy of a February 15, 2024 Decision and Order filed in *People v. Trump*.

5. Exhibit H is a true and accurate copy of DANY's February 22, 2024 Motions *in Limine* filed in *People v. Trump*.

6. Exhibit I is a true and accurate copy of a March 18, 2024 Decision and Order filed in *People v. Trump*.

7. Exhibit J is a true and accurate copy of DANY's May 13, 2024 Proposed Jury Instructions filed in *People v. Trump*.

8. Exhibit K is a true and accurate copy of President Trump's May 14, 2024 Proposed Jury Instructions filed in *People v. Trump*.

9. Exhibit L is a true and accurate copy of DANY's May 17, 2024 Response to President Trump's Proposed Jury Instructions filed in *People v. Trump*.

10. Exhibit M contains true and accurate copies of transcript pages from *People v. Trump*.

11. Exhibit N is a true and accurate copy of a March 7, 2024 Memorandum of Law filed in redacted form in *People v. Trump*.

12. Exhibit O is a true and accurate copy of a March 13, 2024 Memorandum of Law filed in *People v. Trump*.

13. Exhibit P is a true and accurate copy of an April 3, 2024 Decision and Order filed in *People v. Trump*.

14. Exhibit Q is a true and accurate copy of an April 15, 2024 letter filed in *People v. Trump*.

15. Exhibit R is a true and accurate copy of an April 16, 2024 letter filed in *People v. Trump*.

16. Exhibit S is a true and accurate copy of an August 2, 2024 letter from the Supreme Court of the United States regarding *Trump v. United States*, No. 23-939.

17. Exhibit T is a true and accurate copy of a July 1, 2024 letter in *People v. Trump*.

18. Exhibit U is a true and accurate copy of a July 2, 2024 letter in *People v. Trump*.

19. Exhibit V is a true and accurate copy of a July 10, 2024 Memorandum of Law filed in redacted form in *People v. Trump*.

20. Exhibit W is a true and accurate copy of a July 24, 2024 Memorandum of Law filed in redacted form in *People v. Trump*.

21. Exhibit X is a true and accurate copy of a July 31, 2024 Memorandum of Law filed in redacted form in *People v. Trump*.

22. Exhibit Y is a true and accurate copy of a May 31, 2023 Memorandum of Law filed in *People v. Trump*.

23. Exhibit Z is a true and accurate copy of an August 11, 2023 Decision filed in redacted form in *People v. Trump*.

24. Exhibit AA is a true and accurate copy of an April 3, 2024 Memorandum of Law filed in *People v. Trump*.

25. Exhibit BB is a true and accurate copy of an April 3, 2024 Affirmation filed in *People v. Trump* (without the referenced exhibits).

26. Exhibit CC is a true and accurate copy of a May 18, 2024 article.

27. Exhibit DD is a true and accurate copy of a July 31, 2024 letter filed in *People v. Trump*.

28. Exhibit EE is a true and accurate copy of an August 1, 2024 letter from the House Committee on the Judiciary.

29. Exhibit FF is a true and accurate copy of an August 5, 2024 letter filed in *People v. Trump*.

30. Exhibit GG is a true and accurate copy of an August 13, 2024 Decision filed in *People v. Trump*.

31. Exhibit HH is a true and accurate copy of an August 14, 2024 letter filed in *People v. Trump*.

32. Exhibit II is a true and accurate copy of DANY Exhibits 407-F through 407-I from the trial in *People v. Trump*.

33. Exhibit JJ is a true and accurate copy of DANY Exhibit 207, filed in redacted form, from the trial in *People v. Trump*.

34. Exhibit KK is a true and accurate copy of excerpts from DANY Exhibit 81 from the trial in *People v. Trump*.

35. Exhibit LL is a true and accurate copy of a July 15, 2019 letter, filed in redacted form, from the U.S. Attorney's Office for the Southern District of New York regarding *United States v. Michael Cohen*, 18 Cr. 602 (WHP).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 29, 2024
               New York, N.Y.

By: /s/ Emil Bove
Emil Bove
Blanche Law PLLC
99 Wall Street, Suite 4460
New York, NY 10005
212-716-1250
Emil.bove@blanchelaw.com

*Attorney for President Donald J. Trump*