# EXHIBIT S

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 2, 2024

Clerk
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, DC 20001-2866

      Re:  **Donald J. Trump**
            **v. United States**
            **No. 23-939 (Your docket No. 23-3228)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      M. Altner
      Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 2, 2024

Mr. D. John Sauer, Esq.
James Otis Law Group, LLC
13321 North Outer Forty Rd.
Suite 300
St. Louis, MO 63017

Mr. Michael R. Dreeben, Esq.
Counselor to the Special Counsel
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

      Re:  Donald J. Trump
            v. United States
           No. 23-939

Dear Counsel:

     Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the District of Columbia Circuit.

                          Sincerely,

                          SCOTT S. HARRIS, Clerk

                          By

                          M. Altner
                          Assistant Clerk – Judgments

cc: Clerk, D.C. Cir.
      (Your docket No. 23-3228)

# Supreme Court of the United States

No. 23–939

**DONALD J. TRUMP,**

Petitioner

v.

**UNITED STATES**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the District of Columbia Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit for further proceedings consistent with the opinion of this Court.

July 1, 2024



A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States