# EXHIBIT U

Supreme Court
of the
State of New York



**JUAN M. MERCHAN**
JUDGE OF THE COURT OF CLAIMS
SUPREME COURT, CRIMINAL TERM
FIRST JUDICIAL DISTRICT

CHAMBERS
100 CENTRE STREET
NEW YORK, N.Y. 10013

<u>Via Email</u>

July 2, 2024

Emil Bove, Esq.
99 Wall Street
Suite 4460
New York, NY 10005

ADA Joshua Steinglass
New York County District Attorney's Office
One Hogan Place
New York, NY 10013

Re: *People v. Trump*, Ind. No. 71543-2023

Dear Counsel:

I write to you in response to your recent communications. I refer specifically to the People's e-mail of July 1, 2024, requesting permission to delay filing of the sentencing recommendation pending further guidance from this Court; Mr. Bove's pre-motion letter of July 1, 2024, seeking leave to file a motion to set aside the jury's verdict, pursuant to CPL § 330.30(1) based on the Supreme Court's decision in *People v. Trump*, 2024 WL 3237603, and requesting until July 10, 2024, to submit a memorandum of law in support of the motion; and the People's letter dated July 2, 2024, requesting a deadline of July 24, 2024, to file and serve a response to Defendant's CPL § 330.30 motion.

The People's request regarding the sentencing recommendation was granted yesterday. Defendant's request to file a CPL § 330.30 motion by July 10, 2024, is granted. The People's request for a deadline of July 24, 2024, to file a response to the motion is also granted.

The July 11, 2024, sentencing date is therefore vacated. The Court's decision will be rendered off-calendar on September 6, 2024 and the matter is adjourned to September 18, 2024, at 10:00 AM for the imposition of sentence, if such is still necessary, or other proceedings.

Very truly yours,

Juan M. Merchan
Judge Court of Claims
Acting Justice Supreme Court

HON. J. MERCHAN

JUL 0 2 2024

cc:    Counsel of record
       Assistant District Attorneys of record
       Court file