# EXHIBIT BB

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK,

- against -

DONALD J. TRUMP,

Defendant.

Ind. No. 71543-23

**AFFIRMATION OF TODD
BLANCHE IN SUPPORT OF
PRESIDENT DONALD J.
TRUMP'S RECUSAL MOTION**

---

Todd Blanche, a partner at the law firm Blanche Law PLLC, duly admitted to practice in the courts of the State of New York, hereby affirms the following to be true under penalties of perjury:

1.     I represent President Donald J. Trump in this matter and submit this affirmation in support of President Trump's April 3, 2024 recusal motion.

2.     A website describing campaign efforts by Vice President Kamala Harris, https://www.democracyinaction.us/2020/harris/harrisorg.html, which was last updated on December 17, 2019, contains an entry with the following text: "Director of Digital Persuasion Loren Merchan[.] (Feb. 2019) Vice president (from Jan. 2019) and director of digital advertising (from April 2018) at Authentic Campaigns."  The website contains a link, labeled "twitter," to an X account with username "lorenm426."

3.      On January 11, 2019, Authentic Campaigns, Inc., posted the following message to its X account:



4.      On or about June 16, 2019, a female identified as Loren Merchan stated the following on an episode of the "Social Media and Politics" podcast entitled, "Authentic Campaigns, Social Media, and Politics, with Loren Merchan and Jonathan Barnes":

> "So, I've actually had a couple conversations with my Dad recently where he's kind of like, 'I hate that politicians use Twitter,' and like, 'It's so unprofessional,' and, you know, 'That's not how a politician should behave themselves.' And I explained that like, 'Yeah, I think there are a lot of instances where it is not used in - like when our President tweets anything that he thinks, and like, that's not what he should be using it for.'"[1]

---

[1] Social Media & Politics, *Authentic Campaigns, Social Media, and Politics, with Loren Merchan and Jonathan Barnes*, APPLE PODCASTS, at 13:29 (June 16, 2019), https://podcasts.apple.com/us/podcast/authentic-campaigns-social-media-and-politics-with/id1170179745?i=1000441661496.

5.    On January 9, 2020, Authentic posted the following announcement to its Instagram account:



6.    In 2020, Loren Merchan was named a "Rising Star" by "Campaigns & Elections," and the write-up regarding this recognition included the following:

Democrat

**Loren Merchan**

Authentic Campaigns, President and Partner

Throughout her career, Loren has fought hard to get results. Not just for her clients but for the industry as a whole and the people who work in it. Her work is setting new benchmarks and winning elections. In addition to doing ground-breaking, historical work for clients like Jon Tester, Kamala Harris, Adam Schiff, and others, Authentic Campaigns is setting new industry standards through its commitment to diversity, transparent compensation, employee benefits, and more. Loren is working to transform the industry by developing new best practices for the work we do for our clients as well as the work we do for our people.

7.    The Indictment in this case was filed on March 30, 2023.

8.    On March 30, 2023, Congressman Adam Schiff caused the dissemination of the email attached as Exhibit 1.

9.    On March 30, 2023, the "Senate Majority PAC," which is a political action committee that supports Senate campaigns for the Democrat party, caused the dissemination of the email attached as Exhibit 2.

10.    On March 30, 2023, the "House Majority PAC," which is a political action committee that supports House campaigns for the Democrat party, caused the dissemination of the email attached as Exhibit 3.

11.    On March 30, 2023, Congressman Schiff caused the following post to be made to his X account:



12.    On March 31, 2023, Congressman Schiff caused the dissemination of the email attached as Exhibit 4.

13.    On March 31, 2023, Congressman Schiff caused the dissemination of the email attached as Exhibit 5.

14.     On or about March 31, 2023, Congresswoman Lauren Underwood caused the dissemination of the email attached as Exhibit 6.

15.     On March 31, 2023, Congressman Hakeem Jeffries caused the dissemination of the email attached as Exhibit 7.

16.     On or about April 1, 2023, Congresswoman Barbara Lee caused the dissemination of the email attached as Exhibit 8.

17.     Beginning on April 3, 2023, Congressman Schiff caused the following solicitations to be posted on Facebook:



18.    On April 3, 2023, Authentic posted the following announcement to its Instagram account:



19.    On April 4, 2023, Congressman Schiff caused the dissemination of the email attached as Exhibit 9.

20.    Beginning on April 4, 2023, Congressman Schiff caused the following fundraising advertisement relating to the Indictment in this case to be posted on Facebook:



21.    On April 5, 2023, Congressman Schiff caused a video of comments that he made to an audience to be posted to his TikTok account, attached as Exhibit 10.  The video included the following image:



22.    On April 5, 2023, Congressman Schiff caused a second video of comments that he made to an audience to be posted to his TikTok account, attached as Exhibit 11.  The video included the following image:



23.    On April 6, 2023, Authentic posted the following on its X account:



24.    Beginning on April 7, 2023, Congressman Schiff caused the following solicitations to be posted on Facebook:



25.     Beginning on April 7, 2023, Congressman Schiff caused the following solicitations

to be posted on Facebook:



26.     On April 14, 2023, Authentic posted the following to its Instagram account:



27.     On May 31, 2023, President Trump filed a motion seeking Your Honor's recusal. The recusal motion raised concerns regarding Ms. Merchan's work at Authentic, which the defense learned about via media reports rather than disclosures by the Court.

28.     On July 5, 2023, Authentic re-posted a message from Congressman Schiff to its X account:



29.     On August 4, 2023, *Politico* published an article entitled "'Whistling past the graveyard': Dem fear grows over massive grassroots fundraising hit," which is attached as Exhibit 12.

30.     The Court denied the motion on August 11, 2023.  The ruling, including the May 4, 2023 ethics opinion that Your Honor included as Exhibit A, is attached hereto as Exhibit 13.

31.     On August 22, 2023, Congressman Schiff caused a video of comments that he made to an audience to be posted to his TikTok account, which is attached as Exhibit 14.

32.     On August 23, 2023, *Medium* published an interview with Mike Nellis, the Founder and CEO of Authentic, which is attached as Exhibit 15.

33.    On August 31, 2023, the Senate Majority PAC sent an email, which is attached as Exhibit 16.

34.    On September 20, 2023, Governor Hochul signed a bill that scheduled the New York State presidential primary for April 2, 2024.  At the time that the bill was signed, the primary was scheduled to take place during the trial in this case.

35.    On October 4, 2023, Authentic posted the following announcement to its Instagram account:



36.    On October 10, 2023, Authentic and its CEO, Mike Nellis, were named to the "2023 Political Consultants Power 100" as some of "New York's most effective campaign advisers."

37.    On October 17, 2023, Authentic posted the following to its Instagram account:



38.     On October 20, 2023, Authentic posted the following to its Instagram account:



39.     On November 20, 2023, Authentic posted the following announcement to its Instagram account:



40.     On December 4, 2023, "Campaigns & Elections" posted an article, which is attached as Exhibit 17.

41.     On December 13, 2023, Authentic posted to its LinkedIn account an article by one of its "Managing Strategist[s]" entitled "Why You Should Incorporate Graphics Into Your Email Program."  The article described Authentic's use of "Senate Majority PAC as a case study" to conclude that "regularly leveraging graphic elements into the email program boosted engagement and conversion rates — increasing the average amount of donations raised per email."  According to the article, as part of the "case study," Authentic worked with the Senate Majority PAC to

"incorporate[] salient political players — both positive and negative — to gin up interest in our work."  The article included the following example of a graphic used in the case study:



42.    On December 14, 2023, Authentic posted the following to its Instagram account:



43.    On December 14, 2023, Authentic posted the following to its X account:



44.    On December 31, 2023, Authentic posted the following announcement to its Instagram account:

 

45.     On February 1, 2024, Authentic posted the following to its Instagram account:



46.     On February 9, 2024, Authentic posted the following to its Instagram account:



47.     In approximately early March 2024, Authentic re-posted on its LinkedIn account a post from Authentic CEO Mike Nellis, which included the following: "An actor who fundamentally doesn't care about our democracy & is just trying to sow civil unrest (and yes, this includes Donald Trump & his closest allies) is more dangerous than a run-of-the-mill bad-faith actor."

48.    On March 6, 2024, Mr. Nellis posted the following to his Instagram account:



49.    During roughly the same time period in early March 2024, Authentic posted to its LinkedIn account information regarding "a great time celebrating soon-to-be Senator Adam Schiff's big primary win last night in LA!."  The LinkedIn post described Authentic's efforts to "contribute to raising over $30 million and counting for the campaign, and wanted to share some highlights from the last 15 months."  The "highlights" included:

> For starters, we worked with the campaign to ensure digital content was being prioritized and had buy-in from the very top.  Our goal was to implement a variety of innovative tactics to make sure we were reaching voters who were most likely to vote in the primary and/or swing toward us.

> [. . .]

> To ensure we were meeting voters where they were online with content that was specifically tailored to them, we scheduled exclusive shoots to prioritize developing visuals that were optimized for digital (ex: shooting specific vertical scripts based on TikTok trends etc).

> Our team was built to mobilize quickly around news developments and rapid response moments.

50.     On March 6, 2024, Authentic posted the following to its X account:



51.    In approximately mid-March 2024, Authentic posted the following to its LinkedIn account:



52.    Beginning on or about March 28, 2024, Authentic's X account, which was previously publicly available, stated: "These posts are protected.  Only confirmed followers have access to @Authentic_HQ's posts and compete profile.  Tap the 'Follow' button to send a follow request."

53.     As of April 2, 2024, Authentic's public website, authentic.org, contained the following webpages and information:

    a.     The website described Authentic as a "full-service digital marketing agency for non-profits and campaigns that unleashes the power of the internet to create lasting and inclusive change."

    b.     A page entitled "Our Clients," which included:



c.      A "case study" regarding Authentic's work for President Biden and Vice President Harris in connection with the 2020 election, which included use of "the strengths of Facebook's expansive platform with the precision and adaptability of conversational AI" to generate "targeted Facebook ads about Joe Biden for president":



d.      A "case study" regarding Authentic's work for the "Senate Majority PAC," which included "inherit[ing] the PAC's email program," "worked with IP and spam-based blacklists to refresh [the PAC's] sender reputation," and "optimizing the email content and subject lines":



e.     A "case study" regarding Authentic's work for the "House Majority PAC," which indicated that Authentic had "created a best in class ads program":



f.     A "case study" regarding Authentic's work for Congresswoman Underwood in connection with her campaign in the 2022 election, which included "tailored messaging in our email and SMS campaigns":



g.    A testimonial from Congressman Schiff:



h.    A testimonial from a representative of the Senate Majority PAC:



54.    On an episode of the "Digital Politics with Karen Jagoda" podcast entitled, "Strength of Online for Voter Persuasion with Loren Merchan Authentic," which was available as of April 2, 2024, a female identified as Ms. Merchan described Authentic's work to "persuade" voters to support Democratic candidates, including President Biden and Vice President Harris:

. . . So we decided we really wanted to build out our persuasion team so that we can offer this service to more candidates and causes that we care about . . . . We want to make sure that, um, you know, for us that progressives are winning.

. . . One of the things I love that we did in 2019 on the Harris campaign, our team was the first to use an artificial intelligence bot to start conversations with potential donors, volunteers, and voters via Facebook messenger. . . . And then in 2020 we had the opportunity to do that and take it to the next level with some other campaigns, including the Biden campaign. And we worked with their campaign's organizing team to reach individuals that they were having trouble contacting. . . . So we were able to reach people that they couldn't through traditional methods. . . .[2]

55.    Based on the Internet archive known as the "Wayback Machine," on January 20, 2021, the following post was made to the X account with username "LorenM426", which is no longer publicly available on X:



---

[2] Digital Politics with Karen Jagoda, *Strength of Online for Voter Persuasion with Loren Merchan Authentic*, DIGITALPOLITICSRADIO.COM, at 2:20, 7:20 (Sept. 13, 2021), https://digitalpoliticsradio.com/strength-of-online-for-voter-persuasion-with-loren-merchan-authentic.

56.     Based on the "Wayback Machine," the following additional posts were made to the

X account with username "LorenM426," which are no longer publicly available on X:







57.     As of on or about March 26, 2024, the public-facing portion of the X account with username @lorenm426 included the following text and images, including a public re-posted message from Authentic's X account on January 9, 2020:





58.    On or about March 27, 2024, the media reported a public statement by Al Baker, the Director of Communications for New York's Office of Court Administration:

> The X, formerly Twitter, account being attributed to Judge Merchan's daughter no longer belongs to her since she deleted it approximately a year ago . . . It is not linked to her email address, nor has she posted under that screen name since she deleted the account. Rather, it represents the reconstitution, last April, and manipulation of an account she long ago abandoned.[3]

59.    Beginning on or about March 28, 2024, Authentic's X account, which was previously publicly available, stated: "These posts are protected.  Only confirmed followers have access to @Authentic_HQ's posts and compete profile.  Tap the 'Follow' button to send a follow request."

60.    As of on or about March 28, 2024, the public-facing portion of the X account with username @lorenm426 included the following text and images:



[3] Laura Italiano & Madison Hall, *Trump is using a loophole in his new gag order to rage against his hush-money judge's progressive daughter*, BUSINESS INSIDER (Mar. 27, 2024, 3:59 p.m.), www.businessinsider.com/trump-uses-gag-loophole-rage-against-hush-money-judges-daughter-2024-3.

61. As of on or about March 29, 2024, the public-facing portion of the X account with username @lorenm426 included the following text and images:



62. As of on or about April 2, 2024, the public-facing portion of the X account with username @lorenm426 included the following text and images and reflected no posts, re-posts, or replies:



63. Attached as Exhibit 18 is a list of reported disbursements to Authentic during the 2022 election cycle, which was downloaded from OpenSecrets.org on April 3, 2024.

64. Attached as Exhibit 19 is a list of reported disbursements to Authentic during the 2024 election cycle, which was downloaded from OpenSecrets.org on April 3, 2024.

65.     According to OpenSecrets.org, Authentic was the #1 vendor in the country for Kamala Harris's 2020 presidential campaign based on disbursements of $4,855,594.   Also according to OpenSecrets.org, Authentic is ranked as the #21 vendor in the country based on expenditures reported by candidates, parties, PACs and outside spending groups for the 2024 election cycle, based on Federal Election Commission data available electronically on February 2, 2024.

66.     Attached as Exhibit 20 is a list of reported disbursements to Authentic, downloaded from the website of the Federal Election Commission on April 3, 2024, for the period from March 30, 2023 through the present.

67.     Attached as Exhibit 21 is a list of reported disbursements to Authentic, downloaded from the website of the New York State Board of Elections on April 3, 2024.

68.     According to the website of "Fight Like Hell PAC," https://fightlikehellpac.org, the PAC "is a nationwide movement led by Governor Gretchen Whitmer," which "will focus the next two years on supporting President Biden and Vice President Harris' re-election campaign, as well as helping Democrats flip the House and hold the Senate and ensuring our voice is heard in Washington."

69.     According to the website of the Democratic Attorneys General Association, New York Attorney General Leticia James is a member of the Association.

70.    The X account of the New York Attorney General contains the following public post:



71.    On November 23, 2023, Governor Kathy Hochul released the following public statement:

> Former President Donald Trump is testifying in an unprecedented civil trial brought by our own Attorney General, Tish James. So far from telling the truth as he's required to do, he's throwing temper tantrums from the witness stand and verbally attacking judges and courtroom staff. His conduct has been a disgrace and I have full confidence that Donald Trump will be held accountable for his actions.

72.    During an interview on February 29, 2024, Governor Kathy Hochul stated:

> I have long known, as has everyone in the State of New York, anyone following the news that Donald Trump had unethical business practices. You go to any businessperson who ever worked with him over the last 40 years, and they all have stories about how they were defrauded, and banks that were defrauded based on false information.

73.    According to the website of "Priorities USA," www.priorities.org, on April 26, 2023, Priorities USA announced "a targeted goal of $75 million towards digital mobilization and persuasion programming in six battleground states," which the super PAC planned to use to "support President Biden and Vice President Kamala Harris on their path to reelection in 2024 and bolster Democrats' presence to diverse audiences of voters online."  A separate page on the Priorities USA website states that "Our plan is to remind voters of President Biden's impact and contrast his record with the agenda of dangerous MAGA Republicans. . . . We'll do both by reaching voters where they are: online."

74.    Attached as Exhibit 22 is a March 17, 2024 article entitled, "There's no agenda here': A look at the judge who is overseeing Trump's hush money trial."

75.    I have read the factual representations contained in the accompanying memorandum of law in support of President Trump's recusal motion, and those representations are true or I believe to be true.

76.    This Affirmation is submitted upon my personal knowledge or upon information and belief, the source of which is my communications with the court, with prosecutors and with other counsel, my review of documents in the case file, and an independent investigation into the facts of this case.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, President Trump respectfully submits that the Court should grant the recusal motion, which we will file on the public docket.

Dated:    April 3, 2024
          New York, New York

By: /s/ Todd Blanche
Todd Blanche
Blanche Law PLLC
99 Wall Street, Suite 4460
New York, NY 10005
212-716-1250
toddblanche@blanchelaw.com

*Attorney for President Donald J. Trump*