# EXHIBIT CC

Sign in

Search the web

Discover  Following  | **News**  World  Entertainment         Personalize

Ad · Travel Savings Tools



### Seniors Can Now Fly Business Class For The Price Of Economy Using This Hack



Irish Star    Follow    78.9K Followers

# Donald Trump's hush money trial judge received warning after Joe Biden donation

Story by Martha Brennan • 3mo •    3 min read



US President Donald Trump appears in court during his trial for allegedly covering up hush money payments at Manhattan Criminal Court
© Getty

T he judge at the helm of Donald Trump's criminal hush money case was *previously given a warning* after it emerged he made a political donation to President Joe Biden.

© 2024 Microsoft    Privacy and Cookies   Terms of Use   Advertise  …    Feedback

Despite an ethics complaint lodged against Justice Juan Merchan, who is presiding over Trump's trial, the New York State Commission on Judicial Conduct dismissed the issue.



Bombas

Men's Gripper Calf Sock 8-Pack - Blue Sky Heather...

Ad

Cleared last July, Justice Merchan was cautioned by the panel, which noted that the complaint could resurface as an issue if he's ever faced with allegations of misconduct in the future.

- **Donald Trump demands Joe Biden take drug test before first presidential debate**

- **Donald Trump 'will back out of debates' as he 'knows he is not capable'**

Al Baker, a representative for the state Office of Court Administration, shared with the New York Post: "Justice Merchan said the complaint, from more than a year ago, was dismissed in July with a caution."

This caution implies that should Merchan be accused of any misdeeds down the line, the commission will take this past complaint into account. The identity of the individual who filed the initial complaint remains a mystery.

▶ **Related video**: New York Judge Denies Trump's Third Recusal Request in Hush Money Case (Revolution Daily)

Records from the Federal Election Commission reveal that the judge contributed $15 to the "Biden for President" campaign on July 26, 2020, followed by a $10 donation the subsequent day to both the Progressive Turnout Project and Stop Republicans.

The Progressive Turnout Project's website states its goal is to "rally Democrats to vote". Stop Republicans, an arm of the Progressive Turnout Project, bills itself as "a grassroots-funded effort dedicated to resisting the Republican Party and Donald Trump's radical right-wing legacy".

Judges are barred from making political contributions to maintain impartiality, a rule underscored by the state Commission on Judicial

- **Donald Trump mocks Joe Biden after teleprompter blunder at his own speech**

- **Melania 'tactile' with Donald as she shows 'genuine enjoyment' at Barron's graduation**

The 77-year-old ex-commander-in-chief has blasted Judge Merchan following his indictment on 34 felony counts of falsifying business records, branding him a "Trump-hating judge". This comes as Trump unleashed a scathing attack on Merchan, dubbing him a "Rigged Judge."



Bombas

Men's Quarter Sock 4-Pack - White - Large - Cotton...

Ad

In line with Trump's online outbursts, his legal team has pressed for Merchan's recusal from the case, citing alleged bias and conflict of interest due to his daughter's role as a Democratic political consultant.

Trump's attorneys argue that it's inappropriate for Judge Merchan "to preside over these proceedings while Ms Merchan benefits, financially and reputationally, from the manner in which this case is interfering" with Trump's anticipated run as the GOP's presidential candidate.

Loren Merchan is at the helm of Authentic Campaigns, which has a star-studded client list that includes Biden, Vice President Kamala Harris, and the Senate Majority PAC linked to Senate Majority Leader Chuck Schumer.

Trump didn't hold back in his scathing critique of the judge, stating: "We have a Rigged Judge, who is working for the Democrat Party and refuses to terminate this 'case,' which should have never been brought by Soft on Crime Alvin Bragg. Judge Merchan should immediately removed, and the Appellate Courts have to take over."



Fisher Investments

7 Ways to Retire Comfortably With $500k

Ad

He also lashed out at another member of the judiciary, saying: "That also applies to Corrupt Judge Engoron, who knew I did nothing wrong, and still fraudulently fined me $500million while having no knowledge of Valuation, Finance, or in any way what he was doing."

**For the latest local news and features on Irish America, visit our homepage** here**.**

Sponsored Content

© 2024 Microsoft         Privacy and Cookies    Terms of Use    Advertise