# EXHIBIT II

# GX 407F

← **Thread**

**Donald J. Trump** ✓
@realDonaldTrump

The New York Times and a third rate reporter named Maggie Haberman, known as a Crooked H flunkie who I don't speak to and have nothing to do with, are going out of their way to destroy Michael Cohen and his relationship with me in the hope that he will "flip." They use….

9:10 AM · Apr 21, 2018

**7,762** Retweets   **3,758** Quote Tweets   **36.4K** Likes

**Donald J. Trump** ✓ @realDonaldTrump · Apr 21, 2018
Replying to @realDonaldTrump
….non-existent "sources" and a drunk/drugged up loser who hates Michael, a fine person with a wonderful family. Michael is a businessman for his own account/lawyer who I have always liked & respected. Most people will flip if the Government lets them out of trouble, even if….

6,705    7,431    29.6K

**Donald J. Trump** ✓ @realDonaldTrump · Apr 21, 2018
….it means lying or making up stories. Sorry, I don't see Michael doing that despite the horrible Witch Hunt and the dishonest media!

13.9K    7,377    31.9K

DANYDJT00138737

# GX 407G



DANYDJT00201870



← **Post**

**Donald J. Trump** ✓
@realDonaldTrump

...very common among celebrities and people of wealth. In this case it is in full force and effect and will be used in Arbitration for damages against Ms. Clifford (Daniels). The agreement was used to stop the false and extortionist accusations made by her about an affair,......

6:54 AM · May 3, 2018

💬 15K     🔁 10K     ♡ 46K     🔖 35     ⤴

DANYDJT00201871



DANYDJT00201872

# GX 407H



DANYDJT00201873

# GX 407I



DANYDJT00201874