# EXHIBIT JJ



From: **Costello, Robert J.** <░░@dhclegal.com>
Date: Wed, Jun 13, 2018 at 3:21 PM
Subject: FW: Update DRAFT
To: Michael Cohen <░░░░░░░░@gmail.com>

Michael,

    Since you jumped off the phone rather abruptly, I did not get a chance to tell you that my friend has communicated to me that he is meeting with his client this evening and he added that if there was anything you wanted to convey you should tell me and my friend will bring it up for discussion this evening.

    I would suggest that you give this invitation some real thought.  Today's newspaper stories should not rattle you.  The event announced today you thought would be announced Friday or Monday so it is merely a difference of timing.  MW& E were brought in to do a discreet task and they have performed those services in an exemplary fashion.  This is not a change in plan rather it is exactly what was planned.  Your message or the message of MW &E should be positive and not negative in any way.  What you do next is for you to decide, but if that choice requires any discussion with my friends client, you have the opportunity to convey that this evening, but only if you so decide.

    I must tell you quite frankly that I am not used to listening to abuse like today's conversation.  You have called me numerous times over the last month to discuss issues and I have always tried to be as helpful as I could.  You told me back in April that I was part of the team and I have acted accordingly on your behalf.  When I suggested that we meet and discuss a strategy following this news you

suddenly took a new approach and stated: "That's not going to happen" Stunned by this remark, I was asking you for a clarification of our legal relationship. You indicated that you would be talking to someone in a boutique firm that was not ready to get involved and when I noted that you were willing to sit down with them but not sit down with us, you had an unfortunate outburst. I relayed this situation to Jeff Citron who suggested that you probably were just having a bad moment but that it was necessary to seek a clarification of our position with you in light of your remarks.

    Please remember if you want or need to communicate something, please let me know and I will see that it gets done. I hope I am wrong but it seems to both Jeff and I that perhaps we have been played here. Let me know what you want to do.

    Bob

**DHC**

**Robert J. Costello, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue, New York, NY 10158
Firm: ███ 7200  Direct: ███ .3238
Fax: ███ 1884  Email: █@dhclegal.com
Website

***

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any
attachments to this message are intended for the exclusive use of the
addressee(s) and may contain confidential or privileged information.
If you are not the intended recipient, please notify us immediately
by email reply to sender or by telephone to Davidoff Hutcher & Citron
LLP at ███-2843, ext. ███, and destroy all copies of this
message and any attachments.

IRS DISCLOSURE NOTICE
In accordance with Internal Revenue Service Circular 230, we inform
you that any discussion of a federal tax issue contained in this
communication (including any attachments) is not intended or written
to be used, and it cannot be used, by any recipient for the purpose of
(i) avoiding penalties that may be imposed on the recipient under
United States federal tax laws, or (ii) promoting, marketing or
recommending to another party any tax-related matters addressed herein.
***

--
Yours,

Michael D. Cohen
██████0114 (Cellular)
██████@gmail.com

DANYGJ00073688