# EXHIBIT KK

Case 1:23-cv-03773-AKH     Document 47-32     Filed 08/29/24     Page 1 of 3

OGE Form 278e (March 2014)
U.S. Office of Government Ethics; 5 C.F.R. part 2634 | Form Approved: OMB No. (3209-0001)

| Report Type: | Annual |
|---|---|
| Year (Annual Report only): | 2017 |
| Date of Appointment/Termination: | January 20, 2017 |

UNITED STATES OFFICE OF
GOVERNMENT ETHICS
Preventing Conflicts of Interest
in the Executive Branch

## Executive Branch Personnel Public Financial Disclosure Report (OGE Form 278e)

**Filer's Information**

| Last Name | First Name | MI | Position | Agency |
|---|---|---|---|---|
| Trump | Donald | J | President of the United States of America | |

**Other Federal Government Positions Held During the Preceding 12 Months:**
N/A

**Name of Congressional Committee Considering Nomination (Nominees only):**
N/A

**Filer's Certification** - I certify that the statements I have made in this report are true, complete and correct to the best of my knowledge:

| Signature: | Date: |
|---|---|
| [signed] Donald Trump | May 15, 2018 |

**Agency Ethics Official's Opinion** — On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments below)

| Signature: | Date: |
|---|---|
| [signed] Stefan Passantino | May 15, 2018 |

**Other Review Conducted By:**

| Signature: | Date: |
|---|---|
| | |

**U.S. Office of Government Ethics Certification (if required):**

| Signature: | Date: |
|---|---|
| [signed] | 5/16/2018 |

**Comments of Reviewing Officials:**

Note 3 to Part 8: OGE has concluded that the information related to the payment made by Mr. Cohen is required to be reported and that the information provided meets the disclosure requirement for a reportable liability.

CONFIDENTIAL

DANY_520586

OGE Form 278e (March 2014)

Instructions for Part 8

Note: This is a public form. Do not include account numbers, street addresses, or family member names. See instructions for required information.

| Filer's Name | | | | | Page Number |
|---|---|---|---|---|---|
| Donald J. Trump | | | | | 45 of 46 |

**Part 8: Liabilities**

| # | Creditor Name | Type | Amount | Year Incurred | Rate | Term |
|---|---|---|---|---|---|---|
| 1. | Ladder Capital Finance LLC | Trump Tower Commercial LLC - mortgage | Over $50,000,000 | 2012 | 4.200% | Matures in 2022 |
| 2. | Ladder Capital Finance I LLC | 40 Wall Street LLC - loan | Over $50,000,000 | 2015 | 3.665% | Matures in 2025 |
| 3. | Deutsche Bank Trust Company Americas | Trump National Doral - mortgage | Over $50,000,000 | 2012 | LIBOR + 1.75% or Prime minus .75% | Matures in 2023 |
| 4. | Deutsche Bank Trust Company Americas | Trump National Doral - mortgage | $5,000,001 - $25,000,000 | 2012 | LIBOR + 1.75% or Prime minus .75% | Matures in 2023 |
| 5. | The Bank of New York Mellon Trust Company N.A., as trustee | Fifty-Seventh Street Associates LLC - issuer of secured lease bonds - loan was fully satisfied before year-end on December 31, 2017 | $1,000,001 - $5,000,000 * | 1996 | 7.125% | Loan Satisfied |
| 6. | Investors Savings Bank | Trump Park Avenue LLC - mortgage | $5,000,001 - $25,000,000 | 2010 | 3.250% | Matures in 2020 |
| 7. | Ladder Capital Finance LLC | Trump Plaza LLC - mortgage | $5,000,001 - $25,000,000 | 2014 | 3.850% | Matures in 2024 |
| 8. | Amboy Bank | Trump National Golf Club Colts Neck LLC - mortgage | $5,000,001 - $25,000,000 | 2008 | 5.250% | Matures in 2028 |
| 9. | Chevy Chase Trust Holdings, Inc. as successor in interest to Bondy Way Development | Trump National Golf Club Washington DC LLC - mortgage | $5,000,001 - $25,000,000 | 2009 | 5.500% | Matures in 2029 |
| 10. | Royal Bank America | Seven Springs - mortgage | $5,000,001 - $25,000,000 | 2000 | 4.000% | Matures in 2019 |
| 11. | Ladder Capital Finance LLC | TIHT Commercial LLC - mortgage | $5,000,001 - $25,000,000 | 2016 | 4.050% | Matures in 2026 |
| 12. | Merrill Lynch Credit Corporation | 1094 S Ocean Blvd - mortgage - loan was fully satisfied before year-end on December 31, 2017 | $100,001 - $250,000 | 1994 | Six month LIBOR + 1.50% | Loan Satisfied |
| 13. | Merrill Lynch Credit Corporation | 124 Woodbridge Road - mortgage - loan was fully satisfied before year-end on December 31, 2017 | $50,001 - $100,000 | 1993 | Six month LIBOR + 1.75% | Loan Satisfied |
| 14. | Chicago Unit Acquisition LLC | TIHT Chicago - springing loan | Over $50,000,000 | 2012 | Prime + 5% | Springing loan |
| 15. | Deutsche Bank Trust Company Americas | TIHT Chicago - term loan | $25,000,001 - $50,000,000 | 2012 | LIBOR + 2.00%  or Prime minus .50% | Matures in 2024 |
| 16. | Deutsche Bank Trust Company Americas | Trump Old Post Office - loan | Over $50,000,000 | 2015 | LIBOR + 1.75% or Prime minus .25% ** | Matures in 2024 |

(*) Prior year's report reflected a scrivener's error of $500,000 - $1,000,000. Value range should have been shown as $1,000,000 - $5,000,000.

(**) Change attributable to correcting a scrivener's error.

In the interest of transparency, while not required to be disclosed as "reportable liabilities" on Part 8, in 2016 expenses were incurred by one of Donald J. Trump's attorneys, Michael Cohen. Mr. Cohen sought reimbursement of those expenses and Mr. Trump fully reimbursed Mr. Cohen in 2017. The category of value would be $100,001 – $250,000 and the interest rate would be zero.

CONFIDENTIAL