UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK,<br><br>- v. -<br><br>DONALD J. TRUMP,<br><br>                    Defendant. | **NOTICE OF MOTION**<br><br>No. 23 Civ. 3773 (AKH) |

PLEASE TAKE NOTICE that upon the accompanying September 3, 2024 memorandum of law, and the August 29, 2024 affirmation of Emil Bove and the exhibits appended thereto, *see* ECF No. 47, the undersigned hereby move the Court for an order granting leave to file on ECF the August 29, 2024 Second Removal Notice, *see* ECF No. 46, pursuant to 28 U.S.C. §§ 1455(b)(1), 1455(b)(2), and 1653.

Dated:     September 3, 2024
           New York, N.Y.

                                        By: /s/ Emil Bove
                                        Todd Blanche
                                        Emil Bove
                                        Blanche Law PLLC
                                        99 Wall Street, Suite 4460
                                        New York, NY 10005
                                        212-716-1250
                                        toddblanche@blanchelaw.com

                                        *Attorneys for President Donald J. Trump*