UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK,

- v. -

DONALD J. TRUMP,

                         Defendant.

MEMORANDUM OF LAW

No. 23 Civ. 3773 (AKH)

---

## PRESIDENT DONALD J. TRUMP'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND REMOVAL NOTICE ON ECF

President Donald J. Trump respectfully submits this memorandum of law in support of his September 3, 2024 motion for leave to file on ECF the Second Removal Notice docketed at ECF No. 46.

President Trump filed the Second Removal Notice and an accompanying evidentiary Affirmation on August 29, 2024.  *See* ECF Nos. 46-47.  The Second Removal Notice is attached hereto as Exhibit A.  A courtesy copy of the Second Removal Notice and the Affirmation were delivered to Your Honor's chambers the following day.

On August 30, 2024, an ECF notice was entered directing President Trump to "RE-FILE" the Second Removal Notice with, *inter alia*, the "Court's leave."  Based on conversations with the Clerk's Office this morning, September 3, 2024, President Trump is submitting this motion seeking that relief.  For the reasons set forth in paragraphs 12 and 116 – 146 of the Second Removal Notice, President Trump respectfully submits that (1) there is "good cause" for the filing of the Second Removal Notice under 28 U.S.C. §§ 1455(b)(1) and 1455(b)(2); and (2) in the alternative, leave to amend the First Removal Notice based on intervening Supreme Court decisions and DANY's trial presentation is appropriate pursuant to 28 U.S.C. § 1653.

Accordingly, President Trump respectfully requests that the Court authorize the filing of the Second Removal Notice on ECF.

Dated:     September 3, 2024
           New York, N.Y.

By: /s/ Emil Bove
Todd Blanche
Emil Bove
Blanche Law PLLC
99 Wall Street, Suite 4460
New York, NY 10005
212-716-1250
toddblanche@blanchelaw.com

*Attorneys for President Donald J. Trump*