UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, <br><br> - v. - <br><br> DONALD J. TRUMP, <br><br>                                               Defendant. | **NOTICE OF APPEAL** <br><br> No. 23 Civ. 3773 (AKH) |

      Notice is hereby given that President Donald J. Trump, the above-captioned defendant, appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered on September 3, 2024 (ECF No. 50), denying leave to file and summarily remanding President Trump's Second Removal Notice pursuant to 28 U.S.C. § 1455(b)(4).

Dated:       September 3, 2024
                New York, N.Y.

                                                                                 By: /s/ Emil Bove
                                                                                 Todd Blanche
                                                                                 Emil Bove
                                                                                 Blanche Law PLLC
                                                                                 99 Wall Street, Suite 4460
                                                                                 New York, NY 10005
                                                                                 212-716-1250
                                                                                 toddblanche@blanchelaw.com

                                                                                *Attorneys for President Donald J. Trump*