UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK,<br><br>- v. -<br><br>DONALD J. TRUMP,<br><br>                              Defendant. | **NOTICE OF MOTION**<br><br>No. 23 Civ. 3773 (AKH) |

PLEASE TAKE NOTICE that, upon the accompanying September 4, 2024 memorandum of law, the undersigned hereby move the Court for an order staying execution of the Court's September 3, 2024 Opinion and Order, ECF No. 50, during the pendency of the appeal noticed at ECF No. 51.

Dated:    September 4, 2024
         New York, N.Y.

By: /s/ Emil Bove
Todd Blanche
Emil Bove
Blanche Law PLLC
99 Wall Street, Suite 4460
New York, NY 10005
212-716-1250
toddblanche@blanchelaw.com

*Attorneys for President Donald J. Trump*