S.D.N.Y.
23-cv-3773
Hellerstein, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of September, two thousand twenty-four.

Present:
    John M. Walker, Jr.,
    Raymond J. Lohier, Jr.,
    Michael H. Park,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/12/2024__

People of the State of New York,

    *Defendant-Appellee*,

v.   24-2299

Donald J. Trump,

    *Defendant-Appellant*,

Appellant moves to stay the district court's September 4, 2024 order, which denied leave to file a second removal notice. *See* 28 U.S.C. § 1455(b)(1), (2). In light of the state court's adjournment of sentencing until November 26, 2024, it is hereby ORDERED that the motion for an emergency administrative stay is DENIED. *See* CA2 Local Rule 27.1(d).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09-12-2024