# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

November 24, 2025

The Honorable Alvin K. Hellerstein,
   United States District Judge,
      Daniel Patrick Moynihan,
         United States Courthouse,
           500 Pearl St.,
              New York, NY 10007-1312.

      Re:   *The People of the State of New York* v. *Donald J. Trump*, (23 Civ. 3773 (AKH))

Dear Judge Hellerstein:

      I am counsel to President Donald J. Trump in the above-captioned action, which is again pending before this Court.

      Tzvi Levitin, who had the honor of clerking for you in 2022-20223, rejoined Sullivan & Cromwell LLP on November 1, 2023 as an associate in the firm's New York office. This letter sets out Sullivan & Cromwell LLP's compliance with New York Rule of Professional Conduct 1.12.

      1.   Sullivan & Cromwell LLP has taken the following steps to screen Mr. Levitin from this matter:

         a.   I have spoken with Mr. Levitin and confirmed that he has not had conversations about this matter with anyone at Sullivan & Cromwell. Further, I have notified him in writing that he is not to participate in this matter, discuss it with lawyers or nonlawyer personnel working on it, or review any documents relating to it.

         b.   I have notified in writing all relevant personnel that they are not to discuss this matter with Mr. Levitin or allow him access to documents concerning it.

-2-

      c.      I have sent a memorandum to the firm's Records Department instructing it not to allow Mr. Levitin to have access to any files relating to this matter. This triggers restrictions on Mr. Levitin's access to electronic documents relating to that litigation.

2. As Mr. Levitin is a salaried employee, he will not share in any fees attributable to our work on this matter.

If the Court requires any additional information concerning this matter, please let me know, and we will be happy to provide it.

Respectfully,

*Matthew A. Schwartz*

Matthew A. Schwartz

cc:    All Counsel of Record
        (via ECF)

SC1:3310778.1