AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| People of the State of New York | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-cv-03773-AKH |
| President Donald J. Trump | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President Donald J. Trump                                                                                             .

Date:     11/24/2025

/s/ James M. McDonald
*Attorney's signature*

James M. McDonald, 5831482
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498

*Address*

mcdonaldj@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*