MANDATE

1:23-cv-03773-AKH

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of November , two thousand twenty-five.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 11/21/2025

Before: Raymond J. Lohier, Jr.,
Susan L. Carney,
Myrna Pérez,
*Circuit Judges*.

---

People of the State of New York,

Plaintiff- Appellee,

v.

Donald J. Trump,

Defendant - Appellant.

---

**JUDGMENT**

Docket No. 24-2299

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's order denying leave to file a second notice of removal is VACATED and the matter is REMANDED for reconsideration consistent with this Court's opinion.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/21/2025