UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>     *Defendant*. | No. 23 Civ. 3773 (AKH) |

**PRESIDENT TRUMP'S UNOPPOSED MOTION TO ESTABLISH
POST-REMAND BRIEFING SCHEDULE**

  President Donald J. Trump respectfully requests that the Court enter an order establishing a schedule to govern further proceedings in this matter.

  On September 3, 2024, President Donald J. Trump filed a motion for leave to file a second removal notice in this case. ECF No. 48. This Court denied President Trump's motion that same day. ECF No. 50. On November 6, 2025, the United States Court of Appeals for the Second Circuit vacated this Court's decision and remanded for reconsideration of President Trump's motion for leave to remove consistent with the Second Circuit's opinion. *New York* v. *Trump*, No. 24-2299, 2025 WL 3096170 (2d Cir. Nov. 6, 2025). On November 21, 2025, the Second Circuit granted President Trump's unopposed motion to expedite issuance of the mandate, Dkt. 109, *Trump*, No. 24-2299, and issued its mandate, Dkt. 110, *Trump*, No. 24-2299; *see* ECF No. 66 (mandate).

  President Trump respectfully submits that, in light of the Second Circuit's opinion, further briefing by both parties would assist the Court in its consideration of President Trump's motion for leave, and that the following briefing schedule would be appropriate:

1. President Trump will file his opening brief by December 8, 2025;

2. The District Attorney will file its response brief by January 7, 2026; and

3. President Trump will file his reply brief by January 21, 2026.

President Trump also respectfully requests that, in light of the ongoing state-court appeal and the importance of resolving the jurisdictional issue here expeditiously, if the Court wishes to hold a hearing, it should schedule such hearing for as soon as possible after the conclusion of briefing.  For the same reasons, President Trump also respectfully requests an expedited decision on the motion for leave to remove.

Counsel for President Trump has conferred with counsel for the District Attorney before filing this motion.  Counsel for the District Attorney consents to the briefing schedule proposed above.  Counsel for the District Attorney takes no position on the request for an expedited hearing and decision.

A proposed order is attached.

Dated:  November 26, 2025

                                                                                         Respectfully submitted,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel:  (212) 558-4000
giuffrar@sullcrom.com

*Counsel for President Donald J. Trump*