## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>*Defendant.* | [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE [AND ARGUMENT]<br><br>No. 23 Civ. 3773 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

This case is before me on remand from the Second Circuit for reconsideration of the motion for leave to remove, ECF No. 48. *See New York* v. *Trump*, No. 24-2299, 2025 WL 3096170 (2d Cir. Nov. 6, 2025). I will entertain the parties' submissions according to the following schedule:

1. President Trump shall file his opening brief by December 8, 2025.

2. The District Attorney shall file its response brief by January 7, 2026.

3. President Trump shall file his reply brief by January 21, 2026.

[4. Oral argument on the matter will be heard on *Feb. 4 2026, 10:00 a.m.* AKH

SO ORDERED.

Dated: *Dec 1*, 2025
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge