**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

THE PEOPLE OF THE STATE OF
NEW YORK,

v.

DONALD J. TRUMP,

*Defendant*.

---

No. 23 Civ. 3773 (AKH)

**ORAL ARGUMENT SCHEDULED**
**FOR FEBRUARY 4, 2026**

---

**DECLARATION OF MATTHEW A. SCHWARTZ IN SUPPORT OF**
**PRESIDENT TRUMP'S MOTION FOR LEAVE TO FILE SECOND**
**NOTICE OF REMOVAL**

I, Matthew A. Schwartz, hereby declare under penalty of perjury as follows:

1.      I am a member of the Bar of the State of New York and a partner at Sullivan & Cromwell LLP, counsel for President Donald J. Trump in the above-captioned action.  I respectfully submit this Declaration in support of President Trump's Motion for Leave to File a Second Notice of Removal.

2.      Attached to this Declaration as Exhibit A is an excerpt of a true and correct copy of a transcript of trial proceedings that took place before the New York Supreme Court in this case on May 28, 2024.  The excerpt is taken from the District Attorney's summation to the jury.

3.      Attached to this Declaration as Exhibit B is a true and correct copy of a stipulation entered into between the District Attorney and President Trump and filed with the New York Supreme Court, Appellate Division, First Department, on December 4, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2025, in New York, New York.

*/s/ Matthew A. Schwartz*
Matthew A. Schwartz

# Exhibit A

**Trial Transcript Summation, dated May 28, 2024**
**[pp. A7523 - A7882]**

Jury Trial

```
                                                           4455

SUPREME COURT                    NEW YORK COUNTY
CRIMINAL TERM                    PART 59
-------------------------------------
THE PEOPLE OF THE STATE OF NEW YORK   INDICTMENT #
                                       71543/2023
              -against
                                      Falsifying Business
                                      Records First Degree
DONALD J. TRUMP,
                  Defendant.
-------------------------------------:
              100 Centre Street
              New York, New York 10013
              May 28, 2024

B E F O R E:  HONORABLE JUAN M. MERCHAN,
              JUSTICE OF THE SUPREME COURT

A P P E A R A N C E S:

  FOR THE PEOPLE:
          ALVIN L. BRAGG, JR., ESQ.
          New York County District Attorney
          BY:  JOSHUA STEINGLASS, ESQ.,
               MATTHEW COLANGELO, ESQ.,
               SUSAN HOFFINGER, ESQ.,
               CHRISTOPHER CONROY, ESQ.,
               REBECCA MANGOLD, ESQ.,
               KATHERINE ELLIS, ESQ.,
               Assistant District Attorneys


  FOR THE DEFENDANT:
          BLANCHE LAW
          BY:  TODD BLANCHE, ESQ.
               EMIL BOVE, ESQ.
               KENDRA WHARTON, ESQ.

          NECHELES LAW, LLP
          BY:  SUSAN NECHELES, ESQ.
               GEDALIA STERN, ESQ.


                          SUSAN PEARCE-BATES
                          Principal Court Reporter
                          LAURIE EISENBERG, RPR, CSR
                          LISA KRAMSKY
                          THERESA MAGNICCARI
                          Senior Court Reporters
```

A7808

Summation/Steinglass

4740

1          Her testimony was corroborated by Rebecca
2    Manochio at The Trump Organization, who said that after
3    the Defendant went to the White House, he would hold on to
4    individual checks if he had questions about them. That was
5    her testimony.
6          On February 21, 2017, the Defendant was
7    consulting on whether to suspend a golf membership at a
8    particular golf club that will cost him less than $7,000
9    for the whole year. He asks Ms. Graff to pay it ASAP. He
10   okays it with his initials.
11         Now, if after Mr. Trump became President, he
12   didn't have time to review his own invoices and checks, he
13   could have changed the procedures so that he's not the
14   only signatory, the way he did with the entities he put
15   into The Trust.  He could have allowed Weisselberg or Eric
16   or Don Junior to sign the checks from the DJT entity, or
17   he could have let his wife sign the checks, or used
18   AutoPay to pay some of the utilities.
19         Why set up these systems to bypass the White
20   House security protocols?  Why, literally, send checks to
21   his employees' homes so he could sneak them into the White
22   House undetected?  Why have the invoices go from Cohen, to
23   Weisselberg, to McConney, to Tarasoff, to have her stamp
24   them, and have her attach the invoices to the check stubs,
25   and then have them go to Tarasoff, to Manochio, to

Summation/Steinglass

4741

1  McConney, to Weisselberg, to Trump, and go through all of

2  that again.

3          The answer is, because Mr. Trump wanted to

4  maintain control over his $80 cable bill, because that's

5  who he is, and that has been his philosophy from the

6  beginning. He's frugal.  He's immersed in the details.

7  And he insists on signing his own checks.

8          The Defendant has written several books extolling

9  these exact characteristics as virtues.

10          During cross-examination, the Defense tried to

11  put daylight between the Defendant and his own books,

12  implying some of the words in the books had been written

13  by ghost writers.

14          It reminds me of the book by Yogi Berra. "I

15  really didn't say anything I said."

16          The publishers were very clear whose books they

17  were and how much control the Defendant had over the

18  manuscripts.

19          First and foremost, the Defendant is frugal.  He

20  doesn't like spending money, and he's proud of it. It's

21  worked for him.

22          This passage is from Trump: Think Like a

23  Billionaire: "Pay attention to the small numbers in your

24  finances, such as percentages and cents. Numbers that seem

25  trivial add up and have enormous implications. My parents

A7810

Summation/Steinglass

4742

1   hammered frugality into me at an early age, and it's the

2   most important money management skill a person can use.

3   Call it penny-pinching if you want to.  I call it

4   financial smarts."

5           The book is entered into evidence.

6           I have a number of similar quotes, how the

7   Defendant takes pride in his frugality.

8           And he said every dollar spent by any one of his

9   companies is a dollar that comes out of his own pocket.

10          That's how his good friend, David Pecker,

11  described him, "very cautious" and "very frugal", in his

12  testimony before you.

13          The Defendant is also a micro-manager, someone

14  who insists on being involved in the details whenever his

15  finances are concerned.

16          The cardinal sin for Mr. Trump is overpaying for

17  anything.

18          Here is another excerpt from that same book. Page

19  68. "Always look at the numbers yourself. If things turn

20  grim, you're the one left holding the checkbook."

21          Another. Page 69: "The point I was making to Jeff

22  was that even though various payments always need to be

23  made, always question invoices and never accept a

24  contractor's first bid. Negotiate. Negotiate or get out.

25  Jeff got the message and has been with me for 17 years and

Summation/Steinglass

4743

1  is doing a terrific job. He looks out for my bottom line

2  as if the money were his own."

3        McConney told you the exact same story about this

4  anecdote.

5        This one People's 114B, an excerpt from How to

6  Get Rich: "If you don't know every aspect of what you're

7  doing, down to the paper clips, you're setting yourself up

8  for some unwanted vices."

9        Another excerpt from Think Like a Billionaire:

10  When you're working with a decorator, make sure you ask to

11  see all of the invoices. Decorators are by nature honest

12  people, but you should be double-checking regardless."

13        This next excerpt from Think Big: Make it Happen

14  in Business and Life, under the title Do Not Trust Anyone,

15  it says: "I used to say, go out and get the best people

16  and trust them. Over the years I have seen too many

17  shenanigans, and now I say get the best people and don't

18  trust them. Do not trust them because if you don't know

19  what you are doing, they are going to rob you blind. I

20  know dozens of sophisticated business people who hired

21  accountants and lawyers and others and they trusted them.

22  They got killed. They lost their businesses. So I say, get

23  the best people and don't trust them."

24        So, if Donald Trump is checking the invoices from

25  his decorator, you can bet he's checking the invoices from

A7812

Summation/Steinglass

4744

1  Michael Cohen.

2          This is also Mr. Pecker's understanding from

3  dealing with Mr. Trump. He testified that the Defendant

4  was very detailed oriented, a micro-manager and that he

5  looked into all aspects of whatever he was doing, whatever

6  the issue was.

7          And Ms. Westerhout also describes him as the type

8  of person who also pays attention to details.

9          Now, it's this combination of frugality and

10  attention to detail that led Mr. Trump to keep tight reign

11  on his checks, in particular, whether they were from the

12  DJT entity or other Trump Organization entities.

13          From Think Like a Billionaire:  "As I said

14  before, I always sign my checks, so I know where my

15  money's going. In the same spirit, I also always try to

16  read my bills to make sure I'm not being overcharged."

17          These passages are much longer.

18          You can read them if you like.

19          They're conveying the Defendant's philosophy.

20  It's a philosophy backed up by the witnesses who

21  testified, the people who worked with him, and the people

22  who knew him: Pecker, McConney, et cetera, Westerhout,

23  Manochio.

24          This is from the introduction to Think Like a

25  Billionaire:  "Here's something else about God that any

Summation/Steinglass

4745

1   billionaire knows: He's in the details, and you need to be

2   there too. I couldn't run a business any other way. When

3   I'm talking to a contractor or examining a site or

4   planning a new development, no detail is too small to

5   consider. I even try to sign as many checks as possible.

6   For me, there's nothing worse than a computer signing

7   checks. When you sign a check yourself, you're seeing

8   what's really going on inside your business, and if people

9   see your signature at the bottom of the check, they know

10  you're watching them, and they screw you less because they

11  have proof that you care about the details."

12          That's his philosophy.

13          Along those lines, David Pecker described an

14  occasion where he saw Ms. Graff bring a stapled packet of

15  stamped checks and invoices, and he watched the Defendant

16  review the invoices along with the checks and sign.

17          Now, the Defendant created the protocols at The

18  Trump Organization with these characteristics in mind.

19  This was his company, and his philosophy was to check and

20  double-check everything.

21          And for the DJT entity checks, remember, the

22  Defendant was the only one who ever could sign them.

23          For all the other checks, it depended on the

24  dollar amount.

25          I don't know if you remember this testimony from

A7814

4746

1    Ms. Tarasoff.

2            Before 2015, Weisselberg could sign checks up to

3    $2,500. After 2015, when the Defendant was on the campaign

4    trail, the number was increased to $10,000.

5            Ms. Tarasoff also testified that Mr. Trump

6    sometimes sent checks back unsigned and handwrote the word

7    "void" on it.

8            And, of course, that certainly suggests that he

9    was reviewing these checks before signing them.

10            So, this chart is in evidence as People's 350.

11            You can have it if you ask for it.

12            It shows kind of the sum total of false business

13    records in this case, a total of 11 false invoices, 12

14    false vouchers, and 11 false checks and check stubs. Each

15    of these false business records correspond to a count in

16    the indictment. That's also indicated on this chart, which

17    false business record pertains to which count.

18            Now, the false records were designed to cover up

19    the Defendant's and his cohorts' efforts to corrupt the

20    election.

21            But, there was also a coverup of the coverup.

22            Because on January 12, 2018, The Wall Street

23    Journal broke the story that Cohen, Trump's lawyer, had

24    brokered a $130,000 payment to Stormy Daniels to ensure

25    her silence in the weeks before the 2016 election.

A7815

Summation/Steinglass

4747

1          And after the story broke, the Defendant had a

2     fascinating conversation with Hope Hicks about it.

3          This is from her testimony:

4          "Question: Did he," speaking about President

5     Trump, "say anything about the timing of the news

6     reporting regarding --"

7          "Answer: Oh, he -- yes. He wanted to know how it

8     was playing, and just my thoughts and opinion about this

9     story versus having the story -- a different kind of story

10    before the campaign had Michael not made that payment. And

11    I think Mr. Trump's opinion was it was better to be

12    dealing with it now, and that it would have been bad to

13    have that story come out before the election."

14         That is devastating.

15         And that's from the Defendant's own

16    Communications Director, who still respects and admires

17    the Defendant so much. That was the last thing she said on

18    direct.

19         And she basically burst into tears a few

20    minutes -- a few seconds after that. Because she realized

21    how much this testimony puts the nail in Mr. Trump's

22    coffin.

23         MR. BLANCHE:  Objection.

24         THE COURT:  Overruled.

25         MR. STEINGLASS:  This means that any desire to

Laurie Eisenberg, CSR, RPR
Senior Court Reporter

Summation/Steinglass

4748

1   protect his wife from finding out about Stormy Daniels was
2   far less significant for him than his desire for winning
3   the 2016 election.
4          It's better to deal with it now in 2018,
5   regardless of Melania's feelings, than it would have been
6   to deal with it before the election.
7          Cohen testified that Mr. Trump told him to push
8   the Daniels deal out as long as possible, because if he
9   wins, it will have no relevance because he'll already be
10  President, and if he loses, he doesn't even care.
11         This is the Defendant, caring about the election,
12  not his family.
13         Mr. Pecker told you the same thing.
14         Once Mr. Trump announced his candidacy, it was
15  all about the election and not about Melania or the rest
16  of his family.
17         And Ms. Daniels told you back in 2006 and 2007,
18  the Defendant never asked her to keep their encounter a
19  secret. He invited her to Trump Vodka, showed her around,
20  and kissed her hello.
21         Mr. Trump didn't express any concern at all about
22  his family finding out.
23         He wasn't anxious to silence Stormy Daniels until
24  he became Candidate Trump.
25         Surely, after that Wall Street Journal article

A7817

Summation/Steinglass

4749

1   came out, Pecker and Cohen received letters from the
2   Federal Election Commission, the FEC, informing them an
3   investigation had been opened into the McDougal and
4   Daniels payoffs.
5           Pecker said Cohen was cool as a cucumber.  He
6   told Pecker he had nothing to worry about, that President
7   Trump had Attorney General Jeff Sessions in his pocket.
8           Nevertheless, Cohen was in damage control.
9           On February 6th, he sent the following to Maggie
10  Haberman of The New York Times: "Big boss just approved me
11  responding to complaint and statement. Please start
12  writing and I will call you soon."
13          Trump had authorized Cohen to disseminate a
14  highly misleading, if not flatly false, statement.
15          MR. BLANCHE:  Objection.
16          THE COURT:  Overruled.
17          It's argument.
18          MR. STEINGLASS:  Just like Cohen pushed Davidson
19  to have Daniels sign.
20          So, here's the denial. It's beyond misleading.
21          It says Cohen used his own personal funds, which
22  is technically true, I guess, because the money came from
23  his HELOC.
24          It says neither the TO or Trump campaign
25  reimbursed him.

A7818

Summation/Steinglass

4750

1          Cohen is clearly trying to distinguish between
2     the man and his company. Although, there is no separate
3     Trump bank account, and both the DJT and The Trust are
4     under the Trump Organization umbrella.
5          What's clear is that Trump, himself, reimbursed
6     Cohen.
7          The Defendant admitted as much in legal filings.
8          Finally, it says that the payment to Daniels was
9     not a campaign contribution.
10          That's just plain false. It was a campaign
11     contribution, and Cohen knows that better than anybody
12     else because he went to prison for it.
13          Jay Sekulow is an attorney who he, at the time,
14     represented the Defendant, and shortly before Cohen put
15     out the statement, "We discussed sexual" -- he put out a
16     statement to Cohen using an encrypted app: "Client says
17     thanks for what you do."
18          What Cohen does and what he had just done is to
19     lie for the Defendant, to fall on the sword to protect the
20     President.
21          This text shows the Defendant giving Cohen what
22     he craved most: recognition for his efforts on the
23     Defendant's behalf.
24          Now, the Defense, if you've noticed, throughout
25     the trial they like to refer to the DJT entity as

A7819

Summation/Steinglass

4751

1    Mr. Trump's personal account. They use the word
2    "personal".
3              And his personal expenses were, indeed, paid from
4    that account, like his $80 Verizon bill.
5              This is nothing like yours and mine's checkbook.
6              The company name is DJT. That's what's in the
7    vouchers.
8              McConney explained each company has its own code,
9    and the code for the Trump account was DJT. DJT was an
10   entity of the Trump Organization, like all the
11   500-some-odd entities. Its books were kept by the
12   ten-something accounting staff, and it had its own General
13   Ledger, invoices were entered into the MDS system.
14             As McConney told you, that MDS system can issue
15   reports for balances and other reports that the accountant
16   would need to prepare tax returns or financial statements.
17             Every time Ms. Tarasoff cut a check from the
18   personal account, she had to enter it into a voucher form
19   from the MDS system. Then she printed the checks, stapled
20   them to the invoice, and sent them to Mr. Trump.
21             The Defendant insisted the invoices were attached
22   to the checks, so he would know exactly where his money
23   was going.
24             This practice continued after the inauguration.
25             The Trump Organization employees handled getting

Summation/Steinglass

4752

1    checks to Washington for the President to sign.

2            And when the checks came back from Washington,

3    Deb Tarasoff would pull them apart, mail the signed check

4    to whoever, Mr. Cohen or whoever else, and file the backup

5    documentation along with the other Trump Organization

6    records.

7            More importantly, the DJT entity account was a

8    clearinghouse for all other entities, entities like golf

9    courses, hotels and office buildings.

10            McConney testified that each week the accounting

11    staff would run reports on the various entities to

12    determine their respective cash balances. If one of the

13    entities had a surplus of cash, that cash was swept into

14    the DJT account. And if one of those entities had a

15    deficit of cash, then that money would be taken out of the

16    DJT entity to make up for the shortfall.

17            So, the DJT account was really the hub of the

18    wheel with 500 spokes.

19            In short, the DJT account was an enterprise.

20            Listen carefully when the judge defines

21    "enterprise". It can be any entity of one or more persons,

22    public or private, engaged in business, commercial or

23    professional activity.

24            And it's barely worth mentioning it because it's

25    so obvious, because the Donald J. Trump Revocable Trust is

A7821

Summation/Steinglass

4753

1  also an organization entity under that Organization.

2          You saw all the charts of all the entities and

3  how they went into the Trust.

4          When Mr. Trump became President, all the other

5  entities were dumped into the Trust.

6          The Trust had its own General Ledger, like the

7  other 498 entities.

8          And whatever theoretical separation the Defense

9  Counsel tried to claim that the lawyers put in place when

10 the Mr. Trump became President, he was still the

11 beneficial owner of everything in The Trust.

12         New York is the business capital of the world.

13         Whether you're a private enterprise or a public

14 enterprise, you have an obligation to keep proper books

15 and business records. This isn't an obligation to your

16 owners or investors or shareholders. It's an obligation to

17 the State of New York.

18         Among other reasons, the information contained in

19 these false records are reviewed.

20         In this case, they're reviewed by tax

21 professionals when it came time to do tax returns.

22         But, your business' books are also important for

23 Government Regulators and Election Regulators, and they're

24 important for other companies or vendors with whom you do

25 business.

A7822

Summation/Steinglass

4754

1          And in New York State, bottom line, you cannot

2   lie in your business records. And this is what this case

3   is really about at its core: cheating in the Defendant's

4   books, just like hundreds of other cases that have come

5   before.

6          MR. BLANCHE:  Objection.

7          THE COURT:  Overruled.

8          MR. STEINGLASS:  The conspiracy to promote or

9   prevent an election may be the "why", but the lies in the

10  Defendant's business records, those are the "what".

11         Do we want me to keep going, power through?

12         THE COURT:  Approach.

13         (Whereupon, the following proceedings were held

14  at sidebar:)

15         MR. STEINGLASS:  So, here's my update. I probably

16  have about an hour and 20 minutes left. So, I could either

17  do like another 25, 30 minutes now, or maybe just break.

18         THE COURT:  Let's go about another 20 minutes or

19  so, and then we'll take a break, and then we've got to

20  wrap it up.

21         You've been going -- I lost track.  You've been

22  going for a while.

23         MR. STEINGLASS:  I'm allotted a lot of time.

24         THE COURT:  About another 20 minutes.

25         (Whereupon, the following proceedings were held

A7823

Summation/Steinglass

4755

1    in open court:)

2              MR. STEINGLASS:  A little longer?

3              Good.

4              Let's get back to the coverup.

5              The Defendant wasn't trying to just engage in

6    damage control in the media and with the FEC. He was also

7    trying to keep a lid on the witnesses who were in a

8    position to reveal the truth.

9              On April 9, 2018, the FBI executed search

10   warrants at Cohen's home, office, and hotel room.

11             Among other things, they were seeking evidence

12   related to campaign finance violations stemming from

13   McDougal's and Daniels' payoffs.

14             That same day, if you remember, the FBI came and

15   took Pecker's phone and Howard's phone.

16             Whatever else you think about Michael Cohen, it's

17   clear he was the Defendant's fixer.

18             Like all fixers, Cohen knew where the bodies were

19   buried, and it was essential to keep him loyal.

20             Within days of the FBI raid, then-President Trump

21   spoke on the phone with Cohen and told him: "Don't worry.

22   I'm the President of the United States. There is nothing

23   here. Everything is going to be okay. Stay tough. You are

24   going to be okay."

25             And, as time went on, Cohen received messages

A7824

Summation/Steinglass

4756

1    from others who reached out to say, in substance, The Boss

2    loves you and has your back.

3           And Mr. Trump publicly supported Cohen,

4    telegraphing to him the importance of staying on message.

5           On April 21, 2018, less than two weeks after the

6    raid, the Defendant posted the following Tweet. He talks

7    about how the media -- it's a three-part Tweet.  I won't

8    read the whole thing.

9           He talks about how "the media are going out of

10   their way to destroy Michael Cohen and his relationship

11   with me in the hope that he will flip."

12          He refers to Michael Cohen as "Michael", and he

13   says he's "a fine person, with a wonderful family who I

14   have always liked and respected."

15          And he adds in a very targeted way, "Most people

16   will flip if the Government lets them out of trouble.

17   Sorry. I don't see Michael doing that."

18          Cohen told you he interpreted this Tweet the way

19   anyone would, as a way that Mr. Trump was communicating

20   with him, without picking up the phone directly at this

21   point, to send him the message: Stay in the fold. Don't

22   flip.

23          And it reinforced Cohen's loyalty, at least for a

24   while.

25          You've got to remember, the Defendant was also

A7825

Summation/Steinglass

4757

1   paying Cohen's legal bills at the time, which was another

2   inducement to remain in the Trump camp.

3           And around the same time, Cohen met with attorney

4   Robert Costello to discuss the possibility of retaining

5   him.

6           And Costello billed himself as having close ties

7   to Trump's lawyer, Rudy Giuliani, and that Costello had

8   opened up a back channel of communication with President

9   Trump, which was critical to maintain.

10          And, initially, Cohen saw Costello as a conduit

11  to the President, a way he could get the lay of the land,

12  so he could weigh his options.

13          But, Cohen never really trusted Costello.

14          Can you really blame him?

15          You saw Costello testify.

16          Cohen was concerned that anything he said would

17  get back to the Defendant, and he wasn't about to tell

18  Costello the truth about what he knew about the

19  Defendant's involvement.

20          Here's an email from Costello to Cohen sent the

21  exact same day of the Defendant's Tweet we just saw, the

22  three-part Tweet about how he doesn't see Michael Cohen

23  flipping.

24          I won't read the entire email.  Parts of it.

25          "I spoke with Rudy. Very, very positive. You are

A7826

Summation/Steinglass

4758

1   loved. They are in our corner. Rudy said this
2   communication channel must be maintained. He called it
3   crucial and noted how reassured they were that they had
4   someone like me whom Rudy has known for so many years in
5   this role. Sleep well tonight, you have friends in high
6   places. P.S. Some very positive comments about you from
7   the White House. Rudy noted how that followed my chat with
8   him last night."
9           That meaning, the "followed" the "chat with him",
10  was a Tweet President Trump sent the night before; and
11  that's clear that's what Costello was telling him.
12          Costello was able to use his back channels to get
13  Trump to get back to him.
14          When Costello testified here at trial, he told
15  you, under oath, that he was acting exclusively in
16  Mr. Cohen's best interests, that he didn't care at all
17  about the Defendant's interests, the only interests he was
18  serving was Michael Cohen's.
19          That was just a bold-faced lie.
20          In a shocking departure from his ethical
21  obligations as a lawyer, Costello wrote an email to his
22  partner, which actually says in black and white: "Our
23  issue is to get Cohen on the right page, without giving
24  him the appearance that we are following instructions from
25  Giuliani or the President. In my opinion, this is the

A7827

4759

1    clear correct strategy."

2           Cohen wasn't playing Costello. Costello was

3    playing Cohen.

4           And Costello's testimony before you was a

5    transparent effort to come up with something, anything, to

6    help this Defendant.

7           But, he didn't.

8           He displayed nothing but disdain for this Court

9    and proper decorum.

10          And his demeanor on the stand is something that

11   you can take into account, that's a fact, when you are

12   assessing his credibility.

13          The judge will tell you, you can consider the

14   manner in which a witness testifies.

15          In mid-June of 2018, sensing that Costello's

16   loyalties were, to say the least, divided, Cohen began

17   distancing himself from Costello.

18          On June 14, 2018, Costello emailed Cohen with a

19   link to a YouTube video, and the subject line: Giuliani on

20   the possibility of Cohen cooperating Mueller probe.

21          Here's an email from Costello to Cohen sent

22   June 14th.

23          I won't read the whole email.  It's in evidence

24   as People's 208.

25          "You are believing the narrative promoted by the

Summation/Steinglass

4760

1    left-wing media. Many of them are already writing that you

2    are cooperating. This strategy has been consistent from

3    the start to put pressure on you into believing that you

4    are alone, that everyone you knew before is distancing

5    themselves from you and you are being thrown under the

6    bus. The whole objective of this exercise by the Southern

7    District of New York is to drain you, emotionally and

8    financially, until you reach a point that you see them as

9    your only means to salvation. I told you that the very

10   first day I met you."

11           "I told you that the very first day I met you."

12           That's not what he testified to.

13           They want you to cave. They want you to fail.

14   They do not want you to persevere and succeed.

15           The subtext here could not be clearer:  Do not

16   flip. Do not talk. Do not cooperate. Stay loyal.

17           And the following week, Costello realized by now

18   that he's losing control of Cohen, but he was desperate to

19   serve his true master, the Defendant.

20           And he sent this email to his partner: "Cohen has

21   to know this, yet he continues to slow play us and the

22   President. Is he totally nuts? What should I say to this

23   asshole? He is playing with the most powerful man on the

24   planet."

25           So much for acting solely in Cohen's best

A7829

Summation/Steinglass

4761

1    interests.

2              Yet, that's what Mr. Costello told you.

3              But, for a while, President Trump's strategy

4    worked because even after he had fully reimbursed Cohen

5    for the unlawful campaign contribution, Cohen continued to

6    deny wrongdoing. For several months he continued to lie

7    for the Defendant.

8              It's a little disingenuous for the Defense to

9    argue that you shouldn't believe anything Cohen says about

10   the Defendant because he previously denied paying Daniels

11   at all or because he issued a misleading statement, claim

12   that he paid her with his own personal funds.

13             Those lies were told at the Defendant's direction

14   and at his behest and for his benefit.

15             So, using them now to undermine Cohen, to

16   undermine his credibility takes, again, chutzpah.

17             It's blaming the messenger for the Defendant's

18   own message.

19             Interestingly, though, Cohen decided he couldn't

20   tow the party line anymore. The costs were just too great.

21   And he decided, as I said earlier, his loyalty to his

22   family was more important.  And he did exactly what the

23   Defendant had been so desperate to get him not to do; he

24   flipped.

25             On August 21, 2018, Cohen pled guilty to, among

A7830

Summation/Steinglass

4762

1    other things, making an excessive campaign contribution in

2    violation of FECA in connection with the Daniels matter.

3            And this is from Cohen's testimony:

4            "Question: And on August 21, 2018, did you plead

5    guilty to one count of making an excessive campaign

6    contribution in violation of the Federal Election Campaign

7    Act?"

8            MR. BLANCHE:  Objection.

9            THE COURT:  Approach.

10           (Whereupon, the following proceedings were held

11   at sidebar:)

12           THE COURT:  What's your objection?

13           MR. BLANCHE:  This is the fourth or fifth time

14   that the fact that Mr. Cohen pled guilty to a campaign

15   finance charge is coming up.

16           And we've briefed this before.

17           We didn't even bring up his guilty pleas on our

18   summation for this very reason. Didn't bring up one time

19   any of his guilty pleas.

20           For the People to now read out his allocution on

21   this charge is completely inappropriate given the fact

22   that it's only limited; the only reason why it came into

23   evidence was for his credibility and to explain why, you

24   know, some other amorphous idea -- this is extremely

25   prejudicial and inappropriate.

A7831
Summation/Steinglass

4763

1          MR. STEINGLASS:  First of all, this is not his
2    allocution.  It's his testimony. I am reading from his
3    testimony, which is in evidence.
4          Number two, the whole point I'm trying to make --
5    and we'll get to after I finish reading these quotes -- is
6    that this is when he pled guilty; and the next day, the
7    Defendant started changing his tune, the way he was
8    tweeting.
9          That's why it was admitted, to put it in context.
10         THE COURT:  Okay.
11         I appreciate it's his testimony. That's fair.
12         You've commented on it. That's fair.
13         I think that's enough.
14         You can make your point without having to repeat
15    it.
16         MR. STEINGLASS:  Okay.
17         (Whereupon, the following proceedings were held
18    in open court:)
19         MR. STEINGLASS:  We'll go to the page on the
20    right.
21         "Question: Why, in fact, did you pay that money
22    to Stormy Daniels?"
23         "Answer: To ensure that the story would not come
24    out, would not effect Mr. Trump's chances of becoming
25    President of the United States."

A7832

Summation/Steinglass

4764

1          MR. BLANCHE:  Objection.

2          THE COURT:  Overruled.

3          MR. STEINGLASS:  "If not for the campaign,

4    Mr. Cohen, would you have paid that money to Stormy

5    Daniels?"

6          "Answer: No, ma'am."

7          "Question: At whose direction and in whose behalf

8    did you commit that crime?"

9          "Answer: On behalf of Mr. Trump."

10          "Without going into the details, you also pled

11    guilty to an unlawful campaign contribution in connection

12    with the McDougal matter."

13          "Question: What was the purpose of you working

14    with AMI to pay off Karen McDougal?"

15          "Answer: To ensure that Mr. Trump was protected

16    and that the story would never be released."

17          "Question: For what purpose?"

18          "Answer: For the purpose of ensuring that it also

19    didn't affect the Presidential campaign."

20          "Question: Why did you work with AMI to pay off

21    Karen McDougal?"

22          "Answer: To ensure the possibility of Mr. Trump

23    succeeding in the election, that this would not be a

24    hindrance."

25          "Question:  Not be a hindrance did you say?"

Summation/Steinglass

4765

1          "Answer:  Correct."

2          "Question:  On whose direction -- on whose behalf

3     did you work with AMI to do that?"

4          "Answer:  I worked with Dylan Howard, I worked

5     with David Pecker, and also Dan Rotstein."

6          "Question:  At whose direction and whose behalf

7     did you do that?"

8          "Answer:  At the direction of Donald J. Trump."

9          "Question:  And for whose benefit?"

10          "Answer: For the benefit of Donald J. Trump."

11          These guilty pleas on August 21, 2018, those are

12     the turning point. That was the moment Mr. Cohen finally

13     came clean about what he had done with Donald Trump and

14     why.

15          The Defendant was furious. His fixer had done the

16     unthinkable.

17          And Trump immediately went on the attack, an

18     attack that continues to this day.

19          The very next morning after Cohen pled guilty --

20     and the plea was widely reported -- the Defendant took to

21     Twitter again.

22          "If anyone is looking for a good lawyer, I would

23     strongly suggest that you don't retain the services of

24     Michael Cohen."

25          This is the day after he pled guilty.

A7834

Summation/Steinglass

4766

1          Less than an hour later, another Tweet that's

2    favorable about Paul Manafort.

3          "Unlike Michael Cohen, he refused to break, make

4    up stories in order to get a deal. Such respect for a

5    brave man."

6          These tweets were not only designed to punish

7    Cohen. They were designed to send a clear message to other

8    potential witnesses: Cooperate, and you will face the

9    wrath of Donald Trump.

10          MR. BLANCHE:  Objection.

11          THE COURT:  Overruled.

12          MR. STEINGLASS:  That's another part of the

13    Defendant's philosophy that he describes in his thoughts.

14          These excerpts are from Trump: How to Get Rich.

15    The chapter title is Sometimes You Still Have to Screw

16    Them. "One. For many years I've said that if someone

17    screws you, screw them back. Two. When somebody hurts you,

18    just go after them as viciously and as violently as you

19    can. Like it says in the bible, an eye for an eye."

20          These next few excerpts are from Think Big: Make

21    It Happen in Life:

22          "My motto is: Always get even. When somebody

23    screws you, screw them back in spades. When you are

24    wronged, go after those people because it is a good

25    feeling and because other people will see you doing it.

A7835

Summation/Steinglass

4767

1    Getting even is not always a personal thing. It's just a

2    part of doing business."

3         "I can't stomach the disloyalty. This woman was

4    very disloyal, and now I go out of my way to make her life

5    miserable."

6         Taking these excerpts together, it is clear that

7    part of the Defendant's strategy in disparaging witnesses

8    against him is to discourage other witnesses from coming

9    forward.

10        During the month of March of 2023, this case was

11   being presented to the Grand Jury.

12        Stormy Daniels testified on March 15, 2023.  She

13   participated in a Zoom interview with members of the DA's

14   Office.

15        That same day, Mr. Trump publicly attacked Stormy

16   Daniels in connection with what he perceived to be her

17   cooperation in this case.

18        In this post on Truth Social, he called her,

19   first of all, "Horseface". He denied having seen her since

20   he took a photo with her on a golf course. He calls her a

21   "SleazeBag".  And he refers to Cohen as "a convicted liar"

22   and "jailbird".

23        And like Stormy Daniels, Cohen, he testified in

24   the Grand Jury March 13th, two days before these remarks.

25        The Defendant is clearly trying to pressure

A7836

Summation/Steinglass

4768

1    Daniels and Cohen to back off.

2              There's something else about this post that you

3    should see.

4              We know it's a lie.

5              Even Rhona Graff, Mr. Trump's loyal assistant for

6    decades, testified Daniels was at Trump Tower to meet the

7    Defendant on one occasion and that she kept Daniels' phone

8    number among Trump's contacts; as Ms. Daniels testified.

9              And we actually put into evidence contacts from

10   her phone for both Ms. Graff and Mr. Schiller.

11             Ask yourselves:  Why did the Defendant lie about

12   this, and why did he do it while the Grand Jury was

13   considering charges in this case?

14             People lie for a reason.

15             And if the relationship between the Defendant and

16   Stormy Daniels were purely a business relationship, as the

17   Defense has claimed, what would be the need for the

18   Defendant having to deny having any contact with her other

19   than on that golf course?

20             Shortly after the indictment was unsealed in this

21   case, on March 13, 2018, the Defendant sued Stormy Daniels

22   for half a million dollars. And the lawsuit included

23   claims related to Cohen's testimony in the Grand Jury.

24             Now, yes, the Defendant ultimately abandoned that

25   lawsuit.

A7837

Summation/Steinglass

4769

1          But the fact that he would file such a vexatious
2    and punitive lawsuit in the first place show the lengths
3    he would go to punish those who would dare to deny him.
4          He filed a lawsuit against Stormy Daniels in
5    Florida, seeking to receive defamation fees, legal fees.
6    This lawsuit threatens to bankrupt her.
7          True to the promises in his book, the Defendant
8    wanted everyone to see the cost of taking him on.
9          In August of 2023, the Defendant made another
10   post along the same lines to anyone who would collude,
11   considering colluding, or might consider in the future, in
12   all caps: "If you go after me, I'm coming after you."
13          It's not too hard to understand what that means.
14          And it's not just Mr. Trump himself. It's the
15   throngs of his followers who interpret such Tweets as a
16   call to arms.
17          MR. BLANCHE:  Objection.
18          THE COURT:  Please approach.
19          (Whereupon, the following proceedings were held
20   at sidebar:)
21          THE COURT:  Yes.
22          MR. BLANCHE:  I object to the statement that the
23   throngs of his followers are part of this, as well.
24          I mean, there's not -- first of all, it's
25   extraordinarily prejudicial.

Summation/Steinglass

4770

1          Secondly, there's not evidence to support that
2    throngs of his followers --
3          THE COURT:  What is the evidence that you intend
4    to --
5          MR. STEINGLASS:  Well, the next piece of
6    evidence -- by the way, you interrupted me.
7          The next thing I was going to say was:  Even if
8    that wasn't his intention.
9          The next piece of evidence was the tweet that got
10   sent to Stormy Daniels, which is:  "Good luck walking down
11   the street."
12         THE COURT:  The Tweet sent to?
13         MR. STEINGLASS:  Stormy Daniels.
14         THE COURT:  By whom?
15         MR. STEINGLASS:  By some rando.
16         THE COURT:  Let's not go into it.
17         MR. STEINGLASS:  It's already in evidence.
18         THE COURT:  You don't need to go into it. It's
19   not necessary.
20         MR. STEINGLASS:  Okay.
21         (Whereupon, the following proceedings were held
22   in open court:)
23         (Whereupon, Senior Court Reporter Theresa
24   Magniccari relieves Senior Court Reporter Laurie
25   Eisenberg, and the transcript continues on the next page.)

4771

1          (Whereupon, the proceedings were continued from
2     previous page:)
3          ***
4          THE COURT:  Sustained.
5          MR. STEINGLASS:  I'm not saying that it was Mr.
6     Trump's intention necessarily to have his throngs, you
7     know, get involved.
8          But, you will recall that Ms. Daniels testified
9     about some of the security precautions she had to take
10    after receiving threatening tweets, not from the defendant.
11         MR. BLANCHE:  Objection, your Honor.
12         THE COURT:  Sustained.
13         This might be a good time for us to take our last
14    recess of the day.  Let take a few minutes.
15         COURT OFFICER:  All rise.
16         (Jury leaving courtroom.)
17         ***
18         THE COURT:  You may be seated.
19         Something you want to say?
20         MR. BLANCHE:  Your Honor, we object to this line
21    of argument that links -- that links directly President
22    Trump to precautions about things that Ms. Daniels has had
23    to do, including her security, and that sort of thing.
24         Putting aside that, this is unduly prejudicial.
25    There is not a link between President Trump and the fact

A7840

Summation/Mr. Steinglass

4772

1    she had to put up security.  She has testified about her

2    public life since coming forward, and so it cannot be that

3    the measures that she had to take are because of President

4    Trump.

5             And it's an extraordinarily prejudicial,

6    inappropriate argument.

7             MR. STEINGLASS:  We discussed this at great length

8    in the Motions in Limine on April 22nd.  And what your

9    Honor said then was that the evidence of threats that Ms.

10   Daniels has received, that Mr. Cohen has received, are

11   admissible as to their state of mind if the defense opens

12   the door.

13            They did open the door, wide enough to drive a

14   truck through, by arguing not only that they're generally

15   incredible, but by also arguing that they're somehow

16   profiting from their cooperation in the case.  That they're

17   just rolling in doe.

18            What they're really rolling in is fear.

19            I think that is a fair comment why your Honor let

20   it in, and I think you were right the first time.

21            I think you should let me finish this part of the

22   summation.

23            I am not trying to suggest that it was Mr. Trump

24   that was orchestrating these threats.  The point is, that

25   by saying things like he does, that has the effect of

A7841

4773

1   having people come out of the woodwork and make these

2   witnesses' lives miserable.

3            This is the People versus Edwards case that we

4   talked about.

5            And I believe that your ruling was very clear on

6   this.

7            THE COURT:  Well, I agree, my ruling was right.  I

8   think it is still right.

9            I think, when viewed as a whole, taken in context,

10  and considering the last four hours that you have been

11  going, I think that you have gone as far as you need to go

12  with that.  You don't need to go any further.

13           Thank you.

14           MR. STEINGLASS:  Can we talk?

15           THE COURT:  Yes.

16           (Whereupon, there was an off the record discussion

17  held at the bench between the Court and counsel.)

18           (Recess.)

19           ***

20           THE CLERK:  Case on trial continued.  All parties

21  present.

22           THE COURT:  Before we bring the jury back in, so

23  the jury has said all along today they could work until

24  about 8 o'clock.  You have been going for about four hours

25  now.  So maybe you could have one of your colleagues hand

A7842

Summation/Mr. Steinglass

4774

1    you a note, it's 8 o'clock.

2         At that point, we really need to wrap it up at

3    that point.

4         Anything else?

5         Let's get the jury.

6         (Jury entering courtroom.)

7         ****

8         THE CLERK:  Please be seated.

9         THE COURT:  Jurors, thank you again for your

10   flexibility.  We're taking full advantage of it tonight.

11        Mr. Steinglass.

12        MR. STEINGLASS:  Thank you.

13        Thanks for sticking with me.

14        So, yesterday -- earlier today, it feels like

15   yesterday, I mentioned that one of the three things that we

16   have to prove in this case is that the defendant made or

17   caused false business records, and that he did so with the

18   intent to defraud.

19        We have gone through a ton of evidence showing his

20   involvement at every step.

21        But, it is easy to lose sight of the details of

22   the transactions and all the back and forth among all the

23   players who are involved.

24        So, I just want to quickly highlight some of the

25   evidence of the defendant's direct involvement throughout

Summation/Mr. Steinglass

4775

1    both the election conspiracy and the creation of the false

2    business records.

3              And you know it all began in that Trump Tower

4    meeting.  I am not going to go back through it all.

5              But, keep in mind this was not Pecker dealing with

6    Cohen as a conduit.  This was Cohen as Mr. Trump's fixer

7    being present for a meeting between Pecker and Mr. Trump.

8              Cohen was the one that Pecker would notify if AMI

9    came across a story to purchase and kill, but Trump was the

10   one doing the yes'ing.  And Mr. Trump was the one

11   appointing Cohen as the middle man.

12             And the evidence was that Mr. Trump was personally

13   very happy with the results, the articles were previewed

14   from Mr. Pecker.  As you know, both puff pieces and the hit

15   pieces.

16             Cohen explained how he immediately showed the

17   material to Mr. Trump who thought the articles were

18   fantastic and unbelievable.

19             And Hope Hicks testified that she overheard Mr.

20   Trump praising Pecker for a story involving a photo of Ted

21   Cruz's father, Lee Harvey Oswald.

22             She heard Mr. Trump telling Mr. Pecker that

23   stories about the one about Dr. Carson's medical

24   malpractice were Pulitzer worthy.

25             So, there was overwhelming evidence that Mr. Trump

4776

1  also directed the catch and kill component of the Trump

2  Tower agreements.

3          On June 16th, Howard texts Cohen about the date

4  for the upcoming meeting between Howard and McDougal.

5          And within 40 minutes of that, Cohen is texting

6  Keith Schiller to get in touch with Mr. Trump.

7          And within seconds of that exchange, Cohen speaks

8  with Mr. Trump directly.  Not even through Schiller.

9          Cohen testified that he informed Mr. Trump about

10 the situation.  He always reported developments like this

11 to Mr. Trump, or it could cost him his job.

12          Like nearly all of what Cohen testified to, his

13 testimony is corroborated by other evidence.

14          You will recall that Pecker testified that after

15 that meeting took place, Mr. Trump personally called Pecker

16 to discuss the McDougal matter.  And he explained that the

17 defendant told him that he had spoken to Michael, and that

18 Michael had told him about Karen.

19          So that's corroboration that Michael Cohen is

20 keeping Mr. Trump informed at every step.

21          They went on to discuss, that is, Pecker and Trump

22 when on to discuss whether the defendant should buy the

23 story.

24          And Mr. Trump says, he'll think about it, and

25 he'll have Michael Cohen call you back in a few days with

A7845

Summation/Mr. Steinglass

4777

1    my decision.

2          Michael Cohen is not some rouge actor here. He's

3    acting at the direction of the defendant.  And you don't

4    have to take Cohen's word for that.  Unless you think that

5    Pecker was lying about this, this conclusively demonstrates

6    that several weeks before the McDougal NDA is signed, the

7    defendant is overtly discussing with Pecker, whether he,

8    the defendant, should purchase her story to make sure it

9    didn't get published.

10          There is no middleman in this conversation.  No

11    buffer.

12          And after the deal is signed on August 5th,

13    Pecker is understandably anxious to get his money back

14    because he only purchased the story with the understanding

15    that the defendant would reimburse him.  Not Cohen, the

16    defendant.

17          Pecker is so persistent that Cohen actually tapes

18    the defendant discussing the reimbursement.  I am certainly

19    not going to play the tape for you again.  But, you clearly

20    have Mr. Trump discussing reimbursing AMI for the money

21    they had spent acquiring Ms. McDougal's life rights.

22          The defense just can't get away from this, no

23    matter how hard they try.  This is proof outside of Cohen

24    of Mr. Trump's direct involvement in one of the many

25    aspects of this criminal conspiracy.

A7846

4778

1          Cohen explained that he'd already spoken to

2    Weisselberg at Trump's direction in order to figure out a

3    way to pay AMI back.  And in late September, Cohen formed

4    Resolution Consultants to purchase the McDougal life

5    rights.

6          And what you see reflected here at the top of the

7    screen is a series of encrypted messages and calls among

8    Cohen and Rotstein and Pecker, followed by a seven plus

9    minute call between Cohen and the defendant on September

10    29th.

11          Followed by the nine minute plus call between

12    Cohen and Pecker.

13          And the very next day Resolution Consultants is

14    formed and both Pecker and Cohen signed the transfer.

15          As for the Stormy Daniels NDA, Cohen explained

16    that he discussed the matter roughly 20 times with Mr.

17    Trump after he learned she had resurfaced.

18          Remember, on October 7th, the Access Hollywood

19    tape was released.

20          On October 8th at 7:39 p.m., Howard asks Rodriguez

21    for the Stormy pitch.

22          At 7:54, Howard and Pecker speak on the phone.

23          At 7:57, Pecker and Cohen speak on the phone.

24          At 8:03, Cohen and Trump speak on the phone.

25          Now, there is just no way, no way, that Cohen

Summation/Mr. Steinglass

4779

1    wouldn't have told Mr. Donald Trump about Daniels during

2    that phone call.  Why won't he have?

3            Cohen said that Mr. Trump was upset to hear that

4    Daniels was back after Cohen and Davidson had successfully

5    gotten that 2011 story removed.

6            And Mr. Trump said, "Women will hate me.  Guys

7    will think it's cool.  But this will be a disaster for the

8    campaign."

9            During one of their earlier conversations, the

10   defendant told Cohen to delay the deal.  Remember that.

11   Try to push it past the election.  And that is exactly what

12   Cohen tried to do.  Do you think Cohen would have the

13   audacity to take had a chance without the defendant's say

14   so.  That he would risk delaying this and maybe the story

15   would come out.  And it could make the whole thing come

16   tumbling down.  No.

17           Cohen about did that.  That strategy of delay.

18   Because that's what the defendant told him to do.

19           At 8:57, Howard and Cohen speak.

20           And at 9:05 p.m., Howard lets Pecker know that

21   he's spoken to Cohen, "All sorted."

22           Both Cohen and Farro testified that on October

23   13th Cohen completed the paperwork to open a bank account

24   for Resolution Consultants.

25           The night before that, on October 12th, Trump and

Theresa Magniccari
Senior Court Reporter

A7848

4780

1    Pecker had that relatively long conversations.

2          And then at 9:12 a.m. on October 13th, Pecker and

3    Cohen speak via the encrypted app.

4          And 11 minutes later, Cohen emails First Republic

5    from the 26th copyright pantry, right outside Rhona's

6    office, the one that she uses, and she sits right outside

7    Mr. Trump's office.

8          Is this timing all coincidence, every single one

9    of these things?

10         Mr. Donald Trump is being kept abreast of every

11   development.

12         On October 17th, at 4:31 p.m., Davidson pulls out

13   of the Daniels NDA.

14         Around 20 minutes later, Cohen talks to Davidson

15   to try to get the deal back on track.

16         Eight minutes after that, Cohen tries to call the

17   defendant to give him the update.  That Daniels has now

18   declared the NDA void.

19         And Cohen explained that he left a voicemail.

20         And the following morning, Melania Trump texts

21   Cohen to call Mr. Trump on his cell, and Cohen responds,

22   "Of course."

23         And Cohen believes that they spoke that day, on

24   October 18th.

25         Look, of course, is it possible to know exactly

A7849

4781

1  when every single conversation took place?  But what is

2  clear is that Cohen is trying to reach Mr. Trump

3  immediately after he learns that the Stormy Daniels deal is

4  off.

5          On October 26th, Cohen initiated the wire transfer

6  from the Essential Consultants account to Davidson's

7  account.  That's on October 26th.  And he explained that

8  Mr. Trump -- that he called Mr. Trump before doing so.

9          Again, the phone records corroborate this.  The

10  morning of October 26th at 8:26 a.m., and again at 8:34,

11  Cohen spoke to Mr. Trump.

12          Just stop for a minute to think of the timing of

13  these phone calls.  They're absolutely critical.

14          Unlike the call on the 24th, this was the final go

15  ahead.

16          Cohen explained that he was seeking, and he got,

17  final authorization to make the payment.  And that

18  explanation makes sense because Cohen wasn't going to

19  layout $130,000 without getting a signoff from Mr. Trump.

20          Here's from the transcript:

21          "QUESTION:  Did you call Mr. Trump before you went

22  and set up the account to make a transfer?

23          "ANSWER:  Yes.

24          "QUESTION:  What, in substance, did you discuss

25  with him on these two calls?

A7850

4782

1    "ANSWER:  I wanted to insure that once again he
2    approved what I was doing because I required approval from
3    him on all of this."
4         That's what the sum and substance of the
5    conversation was, laying out exactly what was going to
6    happen and what is being done in order to insure that the
7    story didn't get sold to the Daily Mail or somebody else.
8         "QUESTION:  Did you let him know that you were
9    going across the street and that you were going to get the
10   account set up and make the payment?
11        "ANSWER:  Yes, ma'am.
12        "QUESTION:  Would you have made the payment to
13   Stormy Daniels without getting a signoff from Mr. Trump?
14        "ANSWER:  No.
15        "QUESTION:  Why not.
16        "ANSWER:  Because everything required Mr. Trump's
17   signoff.  On top of that, I wanted the money back."
18        Cohen had 130,000 reasons to get the defendant's
19   blessing.
20        Pecker told you that Cohen wasn't authorized to
21   buy lunch without the defendant's approval.
22        Davidson also understood that Cohen lacked the
23   authority to approve the deal without Mr. Trump's signoff.
24        That's what Hope Hicks told you as well.
25        Remember, when Mr. Trump tried to play it off like

A7851

4783

1    he didn't know, after the Wall Street Journal article came

2    out in January of 2018, he said, "Isn't it nice that Cohen

3    did this out of the kindness of his heart?"  She didn't buy

4    it for one minute.  She said, that would be out of

5    character for Michael.  He wasn't an especially charitable

6    or selfless person.

7         Half an hour after that second call with Trump,

8    Cohen initials the process.  He gets the incorporation

9    paperwork from Patty at Delaney at 9:04 a.m.

10        And the timing of these phone calls is just simply

11   too coincidental for Cohen's description of the call to be

12   anything other than accurate.

13        And Cohen's explanation makes sense because it's

14   consistent with both Trump's management style and with

15   Cohen's own persona.

16        On October 28th, Cohen receives the signed NDA and

17   SLA, and those documents establish that David Dennison is

18   Mr. Trump.  Cohen let Trump know immediately.  He had every

19   incentive to.

20        Again, you see a five minute plus call with him

21   that morning.  Cohen testified that he told Donald Trump

22   the matter was completely under control and locked down

23   pursuant to the NDA.  And that also rings true; right.

24   Because if Cohen accomplished something for Mr. Trump, he

25   wanted Mr. Trump to know immediately.

A7852

4784

1          What possible incentive would Cohen have to not

2   tell Trump what he did for him?

3          On November 4, 2016, as you know, the Wall Street

4   Journal broke the McDougal story, and once again Schiller

5   reaches out to Cohen to see if he could take a call.

6          And Cohen also speak with Davidson.

7          He explained that he was trying to insure that

8   McDougal wasn't going rouge.

9          And, then, once again, at 9:06 p.m., Cohen speaks

10  with Mr. Trump for nearly six minutes on Mr. Schiller's

11  phone.  Trump was upset that this would negatively impact

12  his standing with female voters.

13         I know what you are thinking, how do we know that

14  this was really Cohen speaking to Trump and not to

15  Schiller.

16         Well, you need to look at the context, what was

17  going on at the time.  Remember that insane flurry of

18  activity that I went through before, I'm not going to go

19  through it again, on November 4th, everyone calling

20  everyone and their mother.

21         It's crazy to think that in the middle of that

22  flurry about this article, that Cohen would have a casual

23  conversations with Schiller in the middle of that media

24  monsoon.

25         And Cohen explained that he detailed for Mr. Trump

Summation/Mr. Steinglass

4785

1   the efforts that he made to get statements from Howard and

2   Pecker and Davidson.  All of the damage control that he had

3   done for his boss.

4            And the following day, Mr. Trump reached out to

5   Pecker.  Pecker testified that Trump called him at home.

6   He was livid.  He demanded to know how the McDougal story

7   could have gotten out.  He accused Pecker of having leaked

8   it.

9            Still more proof if you need it.  More proof that

10  the defendant knew about the NDA and was upset because he

11  thought it had been breached four days before the

12  election.

13           Here is something we haven't discussed before.

14           On January 6, 2017, Pecker met with the defendant

15  in Trump Tower.  Mr. Trump personally thanked Pecker for

16  handling both the McDougal situation and the doorman story.

17           And, again, if you credit Pecker's testimony, you

18  know, independently of Cohen, that Mr. Trump is both aware

19  of and an appreciative of Pecker's efforts in catching and

20  killing these two stories.

21           So why would the defendant be kept in the dark

22  about the Daniels' NDA?

23           It defies common sense.

24           Trump also invited Pecker to the White House that

25  July for a thank you dinner.  Again, to express all of his

A7854

Summation/Mr. Steinglass

4786

1    gratitude for everything that AMI had done to get him

2    elected.

3           In January of 2017, Mr. Cohen was upset about the

4    fact that his bonus had been cut, despite his efforts on

5    his boss's behalf, and about the fact that he still hadn't

6    been paid back.

7           So on January 16th or 17th, Cohen and Weisselberg

8    discussed how Mr. Trump could repay Cohen without being too

9    obvious about it.  We have already reviewed the infamous

10   bank statement.  The smoking gun with both Cohen and

11   Weisselberg's notes.

12          And after Cohen and Weisselberg from worked out

13   the amount of the payment, but not the repayment schedule,

14   they went into Mr. Trump's office to speak to him.

15          Weisselberg certainly didn't have the authority to

16   approve that kind of money, and he couldn't approve a bonus

17   at all.  And he certainly couldn't approve one nickle from

18   the DJT account.

19          And Cohen explained that in this meeting with

20   Trump, Weisselberg said, "We're going to pay you over 12

21   months."

22          And saying it that way, that made Cohen believe

23   that Weisselberg and Donald Trump had already discussed the

24   repayment schedule.  They were running like a frick and

25   frack routine.

Theresa Magniccari
Senior Court Reporter

A7855

Summation/Mr. Steinglass

4787

1          Rebecca Manochio you will remember testified that

2     Weisselberg and Trump interacted every day.

3          Tarsoff also said they spoke frequently, including

4     during the campaign and the transition period.  She told

5     you that Weisselberg ran financial decisions by Mr. Trump

6     before carrying them out.

7          Weisselberg said during the meeting this would be

8     paid out like legal services rendered since Cohen was being

9     given the title of Personal Attorney to the President.

10          It was really a perfect solution.  Cohen gets the

11     title he wants and Trump gets the way to disguise the

12     payment as income.

13          If you remember, Cohen said Weisselberg showed

14     this document, People's 35 to Trump.

15          And Weisselberg said in front of Mr. Trump, that

16     they would pay $35,0000 a month, and the actual payments

17     would start in February, not January, because there was too

18     much going on with the transition.

19          Mr. Cohen approved the arrangement and said, "This

20     is going to be a heck of a ride in D.C."

21          And make no mistake, in approving that

22     arrangement, the defendant caused a falsification of

23     business records in his own company.

24          On February 8th, 2017, you will recall Cohen went

25     to the White House to meet with President Trump.

A7856

Summation/Mr. Steinglass

4788

1    You have seen it in his calendar and Westerhout's

2    email and the photo that he took in the briefing room.

3    That is when he Trump asked him if he needed

4    money, and reminded him to deal with Allen Weisselberg and

5    the January and February checks would be forthcoming.

6    And, of course, there is the fact that the

7    defendant personally signed nine of the checks himself.  At

8    the time they were attached not only to the check stubs

9    that falsely said retainer, but were stapled to the false

10   invoices.

11   Busy or not, Mr. Trump was not paying these prices

12   for basically no work.

13   As you know, the Wall Street Journal broke the

14   story, the Stormy Daniels payoff, on January 12, 2018, and

15   shortly before that, the journalists reached out to Cohen

16   and Davidson for comment.  Cohen tried to circle the wagon.

17   He pressured Davidson to get Daniels to sign the denial.

18   And, of course, he reported his successes back to Trump

19   both as a show of loyalty and because he wanted credit for

20   helping put out the fire.

21   Notwithstanding his efforts, though, shortly

22   thereafter the FEC began an investigation into campaign

23   finance violations.

24   And on February 6, 2018, Cohen texted Maggie

25   Haberman, "The Big Boss just approved," in responding to

Theresa Magniccari
Senior Court Reporter

A7857
Summation/Mr. Steinglass

4789

1    the FEC complaint and making a statement to the press.

2            And two days later, Cohen released his very

3    misleading statement to the FEC and another to the press,

4    and that statement was approved by President Trump.

5            After Cohen did so, Mr. Trump's attorney, Jay

6    Sekulow, sent that text to Cohen on an encrypted app to

7    say, "Client/President Trump, says thank you."

8            And the next month McDougal was interviewed by

9    Anderson Cooper.  And, again, the defendant called Pecker

10   to express his frustration that once again the NDA that he

11   pushed Pecker to enter into with McDougal was being

12   violated.

13           Pecker testified that Trump said, "I thought you

14   and he had an Agreement with Karen McDougal that she can't

15   give interviews or be on TV."

16           When Pecker explained that he modified the NDA to

17   permit her to speak to the press, Mr. Trump got very

18   agitated and couldn't understand why.

19           As if there was any lingering doubt, this

20   testimony makes plain that Trump was behind the McDougal

21   NDA.  Again, totally apart from Michael Cohen.

22           Similarly, Pecker called Trump a few days after

23   Stormy Daniels went on Anderson Cooper, which was just a

24   couple of days after Ms. McDougal went on.  And he told

25   Pecker, "We have an Agreement with Stormy Daniels that she

4790

1    cannot mention my name or do anything like this.  And each

2    time she breaches the Agreement, it's a one million dollar

3    penalty."

4              That sounds like Mr. Trump was quite familiar with

5    the NDA and the liquidated damages clause, whether or not

6    he actually signed it.

7              And, again, this is exactly what Cohen told you

8    about sharing the successes with the defendant.

9              On April 9th, 2018, as you know, the FBI raided

10   Cohen's home, business and hotel.

11             Cohen testified that he got the call from Trump

12   shortly afterwards telling him not to worry, I'm the

13   President, everything is going to be okay.  I'm not going

14   to walk you through all this again.

15             But the message from Mr. Trump is consistent with

16   his public tweets and with Mr. Costello's efforts to

17   dissuade Mr. Cohen from cooperating.

18             On May 3, 2018, Mr. Trump personally tweeted out

19   that the payment to Cohen was a reimbursement for the NDA.

20             Two weeks later, he signed that OGE, Office of

21   Government Ethics form, and again admitted that the

22   payments to Cohen were reimbursements.

23             And as we discussed, because he knew that the

24   payments were really reimbursement, and he knew that

25   disguising the reimbursement as income required him to make

Summation/Mr. Steinglass

4791

1        or cause false entries in the business records.

2

3

4

5    (Whereupon, Theresa Magniccari, Senior Court Reporter, was
     relieved by Laurie Eisenberg as Senior Court Reporter.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Theresa Magniccari
Senior Court Reporter

A7860

Summation/Steinglass

4792

1                (Continued from the previous page.)

2                So, the Defendant convened the Trump Tower

3    meeting that hatched the Election Law conspiracy; talked

4    to Cohen on the phone less than one hour after Howard told

5    Cohen about the meeting among McDougal, Davidson and

6    Howard; called Pecker in late June to discuss whether the

7    Defendant should buy the McDougal story; was recorded on

8    December 6th, discussing how Cohen should reimburse Pecker

9    for purchasing McDougal's life rights; called Cohen the

10   day before the McDougal life rights Agreement was signed

11   to approve it; spoke to Cohen six minutes after Pecker

12   told Cohen that Rodriguez was shopping the Stormy Daniels

13   story again; spoke to Pecker late at night before Pecker

14   told Cohen to shut down the Resolution Consultants

15   account; spoke to Cohen shortly before Davidson backed the

16   Daniels Agreement on May 17th; reached out to Cohen

17   through Melania the following morning; spoke with Cohen

18   twice on October 26th, 30 minutes before initiating the

19   wire transfer process; spoke with Cohen the same day that

20   the Daniels NDA was signed, sealed and delivered.

21               The Defendant spoke with Cohen the day The Wall

22   Street Journal broke the McDougal story and expressed

23   anger at the timing.

24               The Defendant complained to Pecker the next day

25   because he thought the story had been locked down.

A7861

Summation/Steinglass

4793

1    He met with Pecker two weeks before the

2    inauguration to thank him for catching and killing the

3    Sajudin and McDougal stories.

4    He approved the reimbursements drawn up by Cohen

5    and Weisselberg.

6    He met with Cohen in the Oval Office to finalize

7    the reimbursements.

8    The Defendant personally signed nine of the

9    eleven reimbursement checks by hand; approved the bogus

10   denial Cohen sent to the FEC; and he thanked Cohen through

11   his attorney, Jay Sekulow, for lying on the Defendant's

12   behalf.

13   He complained again to Pecker that both Stormy

14   Daniels and Karen McDougal had breached their NDAs by

15   going on Anderson Cooper, and he called Pecker separately

16   after each broadcast.

17   He sent a Tweet admitting that the 2017 payments

18   to Cohen were reimbursements, and he signed the Government

19   Ethics Form saying the same thing.

20   Now, that's all overt evidence of Mr. Trump's

21   involvement.

22   But, in addition to that, there's your common

23   sense.

24   And we've already gone through -- I'm not going

25   to go through all the evidence of the Defendant's

A7862

Summation/Steinglass

4794

1    frugality, his attention to detail, and his insistence on

2    signing his own checks.

3         And you know why he did that.

4         It was important enough to conceal the Daniels

5    payoff, but the Defendant was willing to pay double,

6    despite the fact that goes against everything he believes

7    in.

8         But, another common sense argument surrounds

9    Michael Cohen and his testimony about keeping the

10   Defendant in the loop.

11        The Defense wants you to believe that Cohen went

12   rogue, I guess, that he did all these things to help

13   Mr. Trump without Mr. Trump knowing.

14        But, there are at least three reasons why you

15   shouldn't believe that argument:

16        Number one.  As you know, Trump is a

17   micro-manager who was deeply involved in the details of

18   his business and in the details of his campaign, and it's

19   just not in his nature to remain in the dark about the

20   matters that threaten to undermine his campaign.

21        Particularly when you see from all his tweets and

22   rally appearances, he's almost obsessed by these

23   allegations on women and their impact on female voters.

24        And you see how involved the Defendant was in

25   this conspiracy. He was the one asking Pecker for help

A7863

Summation/Steinglass

4795

1   with the campaign. He was personally viewing the articles.

2   He was actively pushing the cash aspect of the Agreement.

3        You see how involved the Defendant was in the

4   payoff to the women, from Pecker's testimony, to Cohen's

5   testimony, to the recorded conversation about different

6   ways to reimburse Pecker.

7        Even all of this evidence about the Defendant's

8   participation in the conspiracy to influence the election

9   and his general approach to business and life. It's just

10  inconceivable that he would be so involved in buying these

11  women's silence and then suddenly stick his head in the

12  sand when it came to Cohen's reimbursement.

13       Second. Cohen was and is a self-promoter. It

14  simply defies all common sense to think that he would

15  undertake these Herculean efforts on behalf of Mr. Trump

16  and then keep them to himself.

17       Fixers like him may try not to leave a paper

18  trail to lead to their principal, but they sure as heck

19  want the principal to know.

20       You know from Pecker that Cohen had told

21  Mr. Trump about the Sajudin and McDougal deals, and Trump

22  thanked Pecker for his roles in those deals.

23       So, why would Cohen tell Mr. Trump about the

24  deals that AMI funded, but not the deals that he, himself,

25  laid out his own money for?

A7864

Summation/Steinglass

4796

1          Does that make any sense to you?

2          See, Boss, look how much I love you. I took money

3    out of my own home equity line of credit.

4          That's exactly what Hope Hicks tells you that

5    Cohen would have done.

6          And the third reason is because the Defendant was

7    the beneficiary of this entire scheme. He was the one

8    trying to get elected. He was the one who stood to gain

9    the most by silencing these women and by making sure to

10   repay Cohen in a way that didn't make it obvious.

11         He is the only one who would care about creating

12   the false business records to conceal the Daniels payoff.

13         Cohen would have said: Just give me my $130,000

14   back so I can stick it back into the home equity line

15   before my wife notices it's gone.

16         Why did he need to go through all this rigamarole

17   to get paid back?

18         The falsifying business records benefited one

19   person and one person only, and that's the Defendant.

20         As we've discussed, after the summation -- if it

21   ever ends -- the judge will give you the law that pertains

22   to this case.

23         One concept the judge will explain is "beyond a

24   reasonable doubt", what it is and what it is not.

25         We don't have to prove guilt to a mathematical

A7865

Summation/Steinglass

4797

1    certainty or beyond any conceivable doubt. That's not

2    possible in human affairs. Nothing is 100 percent certain.

3            Again, you should be guided by your common sense

4    and a full and fair evaluation of the evidence.

5            Don't accept the Defendant's invitation to accept

6    each piece of evidence in a vacuum.

7            Look at the evidence in a whole.

8            When you do, you will see that the People have

9    proven this case beyond all reasonable doubt.

10            Please listen carefully to when the judge defines

11    "reasonable doubt" for you.

12            I know it seems like ages ago. During jury

13    selection, we discussed the concept of accessorial

14    liability or acting in concert and how the law provides

15    when two or more people act to commit a crime, each may be

16    criminally liable for the acts of the others.

17            The judge will explain the law about this.

18            I won't get into any details.

19            In order for Mr. Trump to be responsible for

20    others' actions, he has to have the intent to defraud, and

21    he has to have solicited, requested, or intentionally

22    aided others in the commission of the offense.

23            Like the example that we all discussed in jury

24    selection of the hitman, the husband who hires the hitman.

25    The husband doesn't actually pull the trigger.

A7866

Summation/Steinglass

4798

1          MR. BLANCHE:  Objection.

2          THE COURT:  Sustained.

3          MR. STEINGLASS:  The point is, Mr. Trump doesn't

4    have to do each of these acts himself. He can act in

5    concert with others.

6          That's what the allegation is.

7          All 34 counts of the indictment charge falsifying

8    business records in the first degree, and each count

9    requires us to prove that the Defendant, either personally

10   or acting in concert with others, made or caused a false

11   entry in the business records of an enterprise; and, two,

12   that he did so with the intent to defraud, that included

13   the intent to commit another crime or to aid or conceal

14   the commission of another crime.

15         So, the first element is obvious.

16         We've already established that the Defendant --

17         MR. BLANCHE:  Objection.

18         THE COURT:  Sustained.

19         I'll instruct them on the law and the evidence.

20         MR. STEINGLASS:  We have established that the

21   Defendant made or caused false entries in the business

22   records.

23         No one is saying the Defendant actually got

24   behind a computer and typed in the false vouchers or

25   stamped the false invoices or printed the false checks.

A7867

Summation/Steinglass

4799

1              But, he set in motion a chain of events that led

2    to the creation of the false business records. The

3    Defendant caused the creation of the false business

4    records when he approved the reimbursement scheme for the

5    Stormy Daniels payoff, and he knew that the reimbursements

6    would be processed in exactly the same way that The Trump

7    Organization had long processed such payments, because he

8    had always been immersed in those details by choice.

9              So, he acted in concert to create the false

10   entries in the vouchers and the invoices.

11             And he acted in concert to create the false

12   checks and check stubs from The Trust.

13             And he, personally, signed the false DJT checks

14   himself.

15             So, this is kind of a no-brainer in this case.

16             We've also discussed the meaning of "enterprise"

17   and how the DJT entity, The Trust, and The Trump

18   Organization itself all satisfy that very broad

19   definition.

20             And, as I said before, this chart is kind of a

21   handy summary of each of the false business records and

22   which count of the indictment they correspond to.

23             As to the "intent to defraud", the judge will

24   explain to you what "intent" means: conscious objective or

25   purpose.

A7868

Summation/Steinglass

4800

1          Remember in jury selection, we spoke about

2    "intent" and how we can't actually get into someone's

3    heads and read their minds.

4          But, juries determine intent all the time.

5          Did the suspect shoot at someone with the intent

6    to kill, or did he shoot at someone with the intent to

7    scare?

8          Well, in other words, to answer that, you have to

9    look at the surrounding facts or circumstances.

10         So, we have to prove, first, that the Defendant

11    had an intent to commit fraud.

12         The judge will explain that intent to defraud

13    does not require --

14         MR. BLANCHE:  Objection.

15         THE COURT:  Sustained.

16         I'll explain the law, Mr. Steinglass.

17         MR. STEINGLASS:  Okay.

18         May we approach?

19         THE COURT:  No.

20         MR. STEINGLASS:  So, the Defendant had the

21    intent -- the Defendant had the intent to defraud and did

22    not -- general intent to defraud is what is required, and

23    you should listen to the judge's instructions on this.

24         There is ample evidence of the Defendant's intent

25    to defraud, whether that's defrauding regulators or the

A7869

Summation/Steinglass

4801

1    voting public.

2           These weren't an accident or oversight. They were

3    designed to obscure the Election Law, including the

4    repayment to Cohen for the Daniels NDA.

5           I'm not going to bore you by going through all

6    that evidence again.

7           The intent that we need to prove included the

8    intent to commit, aid or conceal another crime, as I said.

9           And that doesn't mean that he actually committed,

10   aided or concealed; just that he had that intent.

11          So, what crime do we suggest that he intended to

12   commit, aid or conceal?

13          The answers is: New York City Election Law.

14          Again, the judge will define that crime for you.

15   I'm not going to do that.

16          You need two or more people conspiring to promote

17   or prevent the election, as we've talked about, of any

18   public officer by unlawful means, and at least one

19   conspirator has to act on that conspiracy.

20          So, as to the conspiracy to promote or prevent

21   the election, we're basically beating a dead horse here.

22          You've seen a mountain of evidence that proves

23   that the Defendant, Pecker, Cohen, and Howard conspired to

24   influence the 2016 Presidential election.

25          That was the whole purpose of the Trump Tower

Summation/Steinglass

4802

1   meeting, to get AMI to help the Defendant win the

2   election.

3           As to the "unlawful means", you don't have to

4   agree on what those unlawful means are, so long as you

5   agree that there was an intent to conspire to promote the

6   Defendant's election by any unlawful means.

7           The Defendant's intent to defraud included an

8   intent to aid, conceal or commit election fraud by any

9   means necessary, lawful and unlawful.

10          The first may be most obvious.

11          Unlawful intention includes potential Federal

12  finance violations known as FECA violations.

13          The co-conspirators in this case committed

14  several FECA violations along the way --

15          MR. BLANCHE:  Objection.

16          THE COURT:  Overruled.

17          MR. STEINGLASS:  -- including the payoffs to

18  Sajudin, McDougal and Daniels.

19          For McDougal and Sajudin, the FECA violations

20  occurred when Pecker made, and the campaign gladly

21  accepted, a corporate campaign contribution.

22          Corporations are not allowed to donate to

23  candidates. Period.

24          So, when AMI spent $150,000 or $125,000 to

25  purchase the McDougal life rights, it made a campaign

4803

1    contribution. And Pecker told you exactly that.

2           And, as he told you, his principal purpose in

3    entering into that NDA with McDougal was to suppress her

4    story, so as to prevent it from influencing the election.

5           He also told you he was aware at the time that

6    expenditures by corporations made for the purpose of

7    influencing an election at the request of a candidate are

8    unlawful.

9           He told you he only entered into the NDA with the

10   assurance that Trump would reimburse him.

11          (Whereupon, Senior Court Reporter Lisa Kramsky

12   relieves Senior Court Reporter Laurie Eisenberg, and the

13   transcript continues on the following page.)

14

15

16

17

18

19

20

21

22

23

24

25

Summation/Mr. Steinglass

4804

1                    *******

2          (The following proceedings are continued from the

3    previous page.)

4          MR. STEINGLASS:  (Continued.)  We've discussed ad

5    nauseum, I'm sorry, how AMI was acting way outside the scope

6    of a normal, legitimate press function -- even for tabloid

7    journalism.

8          Pecker put the campaign first -- to the point where

9    he was willing to sacrifice magazine sales to serve the

10   Defendant.

11         That was not business as usual by any stretch, and

12   the press exemption does not apply here.

13         Now, of course, in the case of Stormy Daniels --

14   there is no press exception any way -- but, it has zero

15   applicability whatsoever here because Stormy Daniels is not

16   a press entity.

17         Game over.

18         For the Daniels payoff, the FECA violation comes

19   from Cohen making and the Defendant accepting excessive

20   campaign contribution.

21         The Judge will tell you that in 2016, individuals

22   were only permitted to contribute $2,700 to a particular

23   campaign.

24         And, as the Judge will explain, paying a

25   candidate's expenses for them counts as a contribution to

Lisa Kramsky,
Senior Court Reporter

Summation/Mr. Steinglass

4805

1    that candidate.

2             Cohen's payments to Daniels, in coordination with

3    the Defendant, to keep her quiet for the purpose of

4    influencing the election was a campaign contribution that

5    massively exceeded the $2,700 limit.

6             Defense counsel wants you to think that Cohen's

7    real motivation was protecting Trump's marriage or

8    protecting Trump's family from embarrassment.

9             They spent so much time on that argument because,

10   under the law, paying a candidate's expenses is not a

11   campaign contribution if Cohen would have made the payment

12   "irrespective of the candidacy."

13            But, you don't have to spend any time on that one

14   either, because no one told you he made the Daniels payoff

15   because of the election.

16            And, you have seen a ton of evidence that this

17   payoff was driven by the Defendant's concerns about the

18   potential impact of the Daniels story on the election.

19            The Defendant wanted to squash the story for the

20   same reason he wanted to squash the McDougal story, and the

21   Sajudin story, to avoid the harm these stories might cause

22   to his election prospects.

23            Even more so, because the Daniels story surfaced in

24   the wake of the release of the Access Hollywood tape and the

25   crisis it caused.

Summation/Mr. Steinglass

4806

1      Her story would have, as we said earlier,
2  undermined the strategy completely of playing off this tape
3  as only words.
4      Remember, Daniels had been out there for a decade,
5  and nobody once thought it was important to buy her life
6  rights to keep her from talking -- to protect the
7  Defendant's family.  That didn't happen until two weeks
8  before the election.
9      And when the story finally broke, in 2018, the
10  Defendant explicitly told Ms. Hicks that it's better that
11  the story came out now than before the election.
12      There is just no rational argument that Cohen's
13  payment to Daniels was made if not for the election, would
14  have been made if not for the election.
15      Other options you can consider as unlawful means
16  include any other one of the unlawful business records that
17  contribute to the effort to promote or prevent the
18  Defendant's election.
19      They include Cohen's bank opening records at First
20  Republic Bank for both Resolution Consultants and Essential
21  Consultants; the bank paperwork for the wire transfer to
22  Keith Davidson; the phony invoice from Daniel Rotstein at
23  IAS to Essential Consultants, billing $125,000 as a flat fee
24  for services rendered, and it was really for McDougal's life
25  rights; and the 1099s issued to Cohen by both the DJT entity

Lisa Kramsky,
Senior Court Reporter

A7875

4807

1    and The Trust, which are falsely -- which falsely described

2    the $420,000 payments as compensation, rather than

3    reimbursement for expenses.

4           And those 1099s also violated City and State and

5    Federal Tax Law, yet another unlawful means.

6           Listen carefully to the Judge's instructions.

7           It's a crime to willfully create false tax forms

8    even if they don't result in any underpayment of taxes.

9           Mr. Blanche has suggested that if the events that

10   took place after the election can't be part of the

11   conspiracy to promote that election, it doesn't make any

12   sense at all.

13          The Defendant -- the Defendant still had an

14   incentive to keep the conspiracy quiet.

15          The Defendant's post-election steps to conceal his

16   pre-election activity is part of the same conspiracy.

17          The Defendant was still actively trying to prevent

18   his catch-and-kill scheme from going public.  That's why he

19   had Cohen issue the false denials in 2018.

20          He still cared.

21          That's why he called Pecker to complain, after both

22   McDougal and Daniels appeared on Anderson Cooper.

23          He considered those appearances breaches of the

24   NDA.

25          He had every reason to continue to conceal his

Summation/Mr. Steinglass

4808

1    election fraud.

2           And, second, Miss Cohen told you at the end of --

3    as of 2017, rather, the Defendant had already announced an

4    intention to run for President again.

5           Any single one of the unlawful means I just

6    mentioned, any one of the three FECA violations, any one of

7    the other false business records I just described, or the

8    City, State or Federal Tax Law violations, any single one of

9    those unlawful means is enough for you to conclude that the

10   Trump Tower conspiracy violated New York State Election Law.

11           The evidence powerfully supports the conclusion

12   that all these steps are unlawful.

13           But, just one is enough.

14           And, as the Judge will tell you, you don't have to

15   agree on which unlawful means were involved.

16           The Defendant's intent to defraud in this case

17   cannot be any clearer.

18           How easy would it have been for the Defendant to

19   just pay Stormy Daniels directly? Why not just do that?  One

20   single transaction.

21           Instead, the Defendant, Weisselberg and Cohen

22   devised this elaborate scheme, requiring the involvement of

23   at least ten other people, a series of monthly transactions,

24   secret FedEx packages back and forth.  That's a whole lot of

25   time, thought and energy to conceal the truth.

A7877

4809

1        The Defendant used his own business records as the

2   vehicle to disguise the reimbursement because he didn't want

3   anyone finding out about the conspiracy to corrupt the

4   election.

5        Everything Mr. Trump and his cohorts did in this

6   case was cloaked in lies.  Lies in the DJT and Trust

7   business records themselves. Lies in the phony invoice from

8   IAS about a flat fee. Lies in the bank account opening

9   documents about the true nature of those accounts. Lies in

10  the bank paperwork for the wire transfer.  Lies in the

11  1099s.  Pseudonyms, shell companies, encrypted apps, a paper

12  lease HELOC to fund the deal.

13       The Defendant refused to use email to avoid leaving

14  a paper trail; misleading and an outright false denial about

15  Pecker, Davidson, Daniels, Cohen and his lawyer, all in a

16  last ditch effort to prevent the truth from coming out.

17       The name of the game was concealment, and all roads

18  lead inescapably to the man who benefitted most, the

19  Defendant, former-President Donald Trump.

20       And I, too, want to take a moment to thank you.

21       And I realize that this could be a frustrating

22  case.  It has gone on a while.

23       And you have really been a remarkable group in

24  terms of, I have never seen a jury here exactly on time

25  every day.

A7878

Summation/Mr. Steinglass

4810

1          And I think this has been a really long summation,

2    and so I apologize for trading brevity for thoroughness, but

3    we only get one shot at this.

4          And, without jurors like you, willing to give up

5    their time, the system doesn't work.

6          So, the Defendant has the Constitutional right to a

7    fair trial.

8          He has the right to put the People, us, to our

9    burden and make them prove the case beyond a reasonable

10   doubt.

11         That right doesn't depend on the strength of the

12   case.

13         We don't say, well, you have the right to a trial,

14   but not if the case against you is so powerful.

15         MR. BLANCHE:  Objection, your Honor.

16         THE COURT:  Overruled.

17         MR. STEINGLASS:  There are contracts and emails and

18   texts and audio recordings that corroborate every bit of

19   testimony, so we are just going to skip the trial.

20         He has a right to a trial, regardless.

21         But, in this particular case, the evidence is,

22   literally, overwhelming.

23         So, now he has gotten that trial.  He's had his day

24   in court.

25         And, remember, as the Judge will tell you, and as

A7879

Summation/Mr. Steinglass

4811

1   Mr. Blanche told you, the law is the law, and it applies to

2   everyone equally.

3           There is no special standard for this Defendant.

4           Donald Trump can't shoot someone during rush hour

5   on 5th Avenue and get away with it.

6           MR. BLANCHE:  Objection, your Honor.

7           THE COURT:  Sustained.

8           MR. STEINGLASS:  You, the jury, have the ability to

9   hold the Defendant accountable.

10          And, like in any other case, he can be judged by a

11  jury of his peers, based on the evidence and nothing else.

12          Remember, you are the ones who have the opportunity

13  to observe every witness and see each document.

14          You have to put aside the distractions, the press,

15  the politics, the noise, and focus on the evidence and the

16  logical inferences that can be drawn from that evidence.

17          Use your common sense, and follow the Judge's

18  legal instructions, which he is going to give you tomorrow,

19  I hope.

20          Very soon there will be time to go deliberate and

21  to review any testimony or exhibits that you need to and to

22  come back in here and say "guilty", "guilty" of 34 counts of

23  Falsifying Business Records in the First Degree to cover up

24  a conspiracy to corrupt the 2016 election.

25          In the interest of justice, and in the name of the

A7880

Summation/Mr. Steinglass

4812

1   People of the State of New York, I ask you to find the

2   Defendant guilty.

3           Thank you.

4           THE COURT:  Thank you, Mr. Steinglass.

5           Jurors, thank you again for your patience.

6           What normally happens next is that you would hear

7   my instructions on the law.

8           That will not happen tonight.  That will happen

9   tomorrow morning.

10          I expect those instructions will take about an

11  hour.  Give or take.

12          And then you will receive the case to begin your

13  deliberations.

14          It has been a long day.  We worked pretty late, so

15  we will get started tomorrow at 10:00.

16          Before I excuse you, though, even though you've --

17  both sides have rested, you have heard both side's

18  summations, my admonitions continue to apply, even with more

19  force and effect now than before, because you have not yet

20  heard my instructions and you have not yet begun your

21  deliberations.

22          I remind you, please, to not talk either among

23  yourselves or with anyone else about anything related to the

24  case.

25          Please continue to keep an open mind.

Lisa Kramsky,
Senior Court Reporter

Exhibit B

FILED: APPELLATE DIVISION - 1ST DEPT 12/04/2025 11:12 AM    2025-00648
NYSCEF DOC. NO. 81                                      RECEIVED NYSCEF: 12/04/2025

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: FIRST DEPARTMENT

THE PEOPLE OF THE STATE OF NEW YORK,

Respondent,

-against-

DONALD J. TRUMP,

Defendant-Appellant.

<u>STIPULATION</u>

Ind. No.      71543/2023
Appellate Case No.   2025-00648

It is hereby stipulated and agreed, by and between the attorneys for the respective parties hereto, that the above-captioned appeal be adjourned from the January 2026 Term to the April 2026 Term, subject to the approval of this Court. It is further agreed that the People will file their respondent's brief by February 4th, 2026, and that President Trump will file his reply brief by March 13th, 2026.

Dated: New York, New York
       December 4, 2025

ALVIN L. BRAGG, JR.
District Attorney
County of New York
Attorney for Respondent
One Hogan Place
New York, New York 10013
(212) 335-9000

By: _____

STEVEN C. WU
Chief, Appeals Division

ROBERT J. GIUFFRA, JR.
Attorney for Defendant-Appellant
President Donald J. Trump
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
giuffrar@sullcrom.com