**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, | |
| -against- | No. 23 Civ. 3773 (AKH) |
| DONALD J. TRUMP, | |
| Defendant. | |

DECLARATION

Pursuant to 28 U.S.C. § 1746, JOHN T. HUGHES, an attorney duly admitted to practice before this Court, declares under penalty of perjury that:

1.  I am an Assistant District Attorney in the New York County District Attorney's Office. I am the attorney for the respondent and represent the People of the State of New York in this matter.

2.  I submit this declaration in support of the People's Opposition to Defendant's Motion for Leave to File a Second Notice of Removal. Attached to this declaration as exhibits are copies of the following documents:

**Exhibit A:** Excerpts From the Trial Transcript in *People v. Trump*, N.Y. County Ind. No. 71543/2023 (Sup. Ct. N.Y. County 2024) (Juan Merchan, J.)

**Exhibit B:** Letter Granting Adjournment of Sentencing in *People v. Trump*, Sept. 6, 2024

**Exhibit C:** Decision and Order in *People v. Trump*, Nov. 22, 2024

**Exhibit D:** *New York v. Trump*, Order Denying Stay, No. 24-2299 (2d Cir. Sept. 12, 2024)

**Exhibit E:** *People v. Trump*, Order Denying Interim Stay, Ind. No. 71543-2023 (N.Y. App. Div. Jan. 8, 2025)

**Exhibit F:** *Matter of Trump v. Merchan*, Letter Denying Stay Application (N.Y. Jan. 9, 2025)

**Exhibit G:** Sentencing Transcript in *People v. Trump*, Jan. 10, 2025

**Exhibit H:** Defendant's Notice of Appeal, *People v. Trump*, Jan. 29, 2025

**Exhibit I:** Brief for Appellant, *People v. Trump*, Case No. 2025-00648 (N.Y. App. Div. Oct. 27, 2025)

Dated: January 7, 2026
　　　　New York, New York

　　　　　　　　　　　　　　　ALVIN L. BRAGG, JR.
　　　　　　　　　　　　　　　District Attorney
　　　　　　　　　　　　　　　New York County
　　　　　　　　　　　　　　　One Hogan Place
　　　　　　　　　　　　　　　New York, New York 10013
　　　　　　　　　　　　　　　(212) 335-9000

　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　JOHN T. HUGHES (5323514)
　　　　　　　　　　　　　　　Assistant District Attorney
　　　　　　　　　　　　　　　(212) 335-9337
　　　　　　　　　　　　　　　hughesj@dany.nyc.gov