UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PEOPLE OF THE STATE OF
NEW YORK,

v.

DONALD J. TRUMP,

           *Defendant*.

No. 23 Civ. 3773 (AKH)

**NOTICE OF RELEVANT DEVELOPMENTS IN NEW YORK STATE COURT**

This Court is scheduled to hear oral argument on February 4, 2026, on President Trump's motion for leave to file his second removal notice. *See* ECF No. 68. The parties completed post-remand briefing on that motion on January 21, 2026. President Trump respectfully submits this Notice to make the Court aware of two recent developments in the pending appeal of President Trump's prosecution before the New York intermediate appellate court.

First, on January 27, 2026, the parties agreed by stipulation to extend the briefing schedule in the New York appeals court by nearly two months. DANY's brief, which had been due on February 4, 2026, is now due on March 25. President Trump's reply brief is now due May 1, 2026. The stipulation reflecting these new briefing deadlines is attached as Exhibit D.

Second, on January 28, 2026, law professor Jed Handelsman Shugerman filed an amicus brief in the New York appeal in support of President Trump's federal defense of preemption under the Federal Election Campaign Act (FECA). Professor Shugerman canvasses FECA's text, its legislative history, relevant precedents, and Federal Election Commission regulations. Agreeing with President Trump's position, Professor Shugerman concludes that "FECA expressly preempts the prosecution theory unveiled by DANY—for the first time—during jury instructions." Br. 19. Professor Shugerman's amicus brief underscores that President Trump's FECA defense is at the

-2-

very least colorable, and that removal is warranted so that federal courts may adjudicate the merits of that defense. Professor Shugerman's amicus brief is attached as Exhibit E.

Dated: January 29, 2026

Respectfully submitted,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

*Counsel for President Donald J. Trump*
