# Exhibit D

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: FIRST DEPARTMENT

THE PEOPLE OF THE STATE OF NEW YORK,

                        Respondent,

    -against-

DONALD J. TRUMP,

                  Defendant-Appellant.

**STIPULATION**

Ind. No.   71543/2023
Appellate Case No.   2025-00648

It is hereby stipulated and agreed, by and between the attorneys for the respective parties hereto, that the above-captioned appeal be adjourned from the April 2026 Term to the June 2026 Term, subject to the approval of this Court. It is further agreed that the People will file their Respondent's brief by March 25, 2026, and that President Trump will file his reply brief by May 1, 2026.

Dated: New York, New York
       January 27, 2026

ALVIN L. BRAGG, JR.
District Attorney
County of New York
Attorney for Respondent
One Hogan Place
New York, New York 10013
(212) 335-9000

By: _____
STEVEN C. WU
Chief, Appeals Division

_____
ROBERT J. GIUFFRA, JR.
Attorney for Defendant-Appellant
President Donald J. Trump
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
giuffrar@sullcrom.com