**DISTRICT ATTORNEY**
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

January 30, 2026

Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
Room 1050
New York, NY 10007

                              Re:    *People v. Trump*
                                             No. 23 Civ. 3773 (AKH)

Dear Judge Hellerstein,

      The People request permission to bring the Personal Electronic Devices and General Purpose Computing Devices listed in the attached proposed order. These devices will enable the People to more easily consult the voluminous records pertaining to the state court trial that is the subject of the above-captioned matter, particularly if Your Honor has questions about the same.

                                                              Sincerely,

                                                               John T. Hughes
                                                                Assistant District Attorney
                                                                (212) 335-9337

cc:

Jeffrey B. Wall
Sullivan & Cromwell LLP
1700 New York Avenue, N.W.
Washington, DC 20006