UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
                                                             :
THE PEOPLE OF THE STATE OF NEW YORK,                         :
                                                             :    ORDER REGULATING
                                                             :    PROCEEDINGS
         -against-                                           :
                                                             :    23 Civ. 3773 (AKH)
DONALD J. TRUMP,                                             :
                                                             :
                              Defendant.                     :
                                                             :
                                                             :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      No later than today, February 2, 2026, at 5:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record during oral argument on February 4, 2026, along with their contact information.

      SO ORDERED.

Dated:    February 2, 2026                /s/ Alvin K. Hellerstein
            New York, New York        ALVIN K. HELLERSTEIN
                                          United States District Judge