UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
THE PEOPLE OF THE STATE OF NEW YORK,  :
: **ORDER REGULATING**
: **PROCEEDINGS**
-against-  :
: 23 Civ. 3773 (AKH)
:
DONALD J. TRUMP,  :
:
                       Defendant.  :
:
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The oral argument scheduled in this matter for February 4, 2026, will be held in Courtroom 23B of the Daniel Patrick Moynihan U.S. Courthouse.

       SO ORDERED.

Dated:    February 3, 2026                        /s/ Alvin K. Hellerstein
           New York, New York              ALVIN K. HELLERSTEIN
                                                 United States District Judge