**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, <br><br> v. <br><br> DONALD J. TRUMP, <br><br>           *Defendant*. | No. 23 Civ. 3773 (AKH) |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 1.4, defendant President Donald J. Trump, by and through his undersigned counsel, respectfully requests the withdrawal of the appearances entered by Jeffrey B. Wall and Morgan L. Ratner as counsel for President Trump in the above-captioned action ("Action").  President Trump will continue to be represented in this Action by the undersigned counsel.

Respectfully submitted,

Dated:  April 21, 2026

/s/ *Robert J. Giuffra, Jr.*

Robert J. Giuffra, Jr.
Matthew A. Schwartz
James M. McDonald
Maxwell F. Gottschall
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel:  (212) 558-4000
giuffrar@sullcrom.com

*Counsel for President Donald J. Trump*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2026, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system.  I certify that service will be accomplished by the CM/ECF system for all participants in this case who are registered CM/ECF users.

Respectfully submitted,

/s/ *Robert J. Giuffra, Jr.*