Case 1:23-cv-03773-AKH   Document 84   Filed 06/23/26   Page 1 of 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE PEOPLE OF THE STATE OF
NEW YORK,

v.                                                     No. 23 Civ. 3773 (AKH)

DONALD J. TRUMP,

                    *Defendant*.

**NOTICE OF EXTENSION OF BRIEFING SCHEDULE IN NEW YORK STATE COURT**

President Donald J. Trump respectfully submits this Notice in order to advise the Court that, on June 22, 2026, the parties agreed to extend the briefing schedule in the New York appeals court by several weeks.  DANY's merits opposition brief, which had been due on July 1, 2026, is now due on July 29.  President Trump's reply brief is now due on September 18, 2026.  The stipulation reflecting these new briefing deadlines is attached as Exhibit F.  President Trump respectfully requests that the Court issue its ruling on his pending motion for leave to remove as promptly as practicable, so that the parties and the New York courts may have needed clarity on the threshold jurisdictional question of where the President's appeal should be decided, which President Trump maintains is in the Second Circuit.

 Dated:  June 23, 2026

                                        Respectfully submitted,

                                        /s/ *Robert J. Giuffra, Jr.*
                                        Robert J. Giuffra, Jr.

                                        *Counsel for President Donald J. Trump*

# Exhibit F

FILED: APPELLATE DIVISION - 1ST DEPT 06/22/2026 03:36 PM    2025-00648
NYSCEF DOC. NO. 97    RECEIVED NYSCEF: 06/22/2026

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION: FIRST DEPARTMENT

THE PEOPLE OF THE STATE OF NEW YORK,

               Respondent,

-against-

DONALD J. TRUMP,

               Defendant-Appellant.

**STIPULATION**

Ind. No.     71543/2023
Appellate Case No.  2025-00648

It is hereby stipulated and agreed, by and between the attorneys for the respective parties hereto, that the above-captioned appeal be adjourned from the September 2026 Term to the October 2026 Term, subject to the approval of this Court. It is further agreed that the People will file their respondent's brief by July 29, 2026, and that President Trump will file his reply brief by September 18, 2026.

Dated: New York, New York
       June 22, 2026

ALVIN L. BRAGG, JR.
District Attorney
County of New York
Attorney for Respondent
One Hogan Place
New York, New York 10013
(212) 335-9326

By:  /s/ Steven C. Wu
     STEVEN C. WU
     Chief, Appeals Division

/s/ Robert J. Giuffra, Jr.
ROBERT J. GIUFFRA, JR.
Attorney for Defendant-Appellant
President Donald J. Trump
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
giuffrar@sullcrom.com