**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>        *Defendant*. | No. 23 Civ. 3773 (AKH) |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 1.4, Matthew A. Schwartz respectfully moves the Court to withdraw as counsel for President Trump in the above-captioned action.  Mr. Schwartz is retiring from Sullivan & Cromwell LLP.  All other previously appearing counsel from Sullivan & Cromwell LLP will continue to represent President Trump in this matter.  Mr. Schwartz does not assert a retaining or charging lien.

Dated:  July 14, 2026

Respectfully submitted,

*/s/ Matthew A. Schwartz*
Matthew A. Schwartz
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
schwartzmatthew@sullcrom.com

*Counsel for President Donald J. Trump*

-2-

**CERTIFICATE OF SERVICE**

I, Matthew A. Schwartz, hereby certify that, on July 14, 2026, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on my client via email.

Dated:  July 14, 2026          /s/ Matthew A. Schwartz
                                                Matthew A. Schwartz