# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

THE PEOPLE OF THE STATE OF
NEW YORK,

    -against-

DONALD J. TRUMP,

          Defendant.

No. 23 Civ. 3773 (AKH)

## NOTICE OF FILING OF RESPONDENT'S BRIEF
## IN NEW YORK STATE COURT

The People submit this Notice to apprise the Court that, on July 29, 2026, the

People filed their Brief for Respondent in the Appellate Division, First Department, in

*People v. Trump*, Case No. 2025-00648. That brief is attached as an Exhibit.

Respectfully submitted,


ALVIN L. BRAGG, JR.
District Attorney
New York County

BY: _____
    JOHN T. HUGHES
    hughesj@dany.nyc.gov


STEVEN C. WU (SW1735)
   Chief, Appeals Division
JOHN T. HUGHES (5323514)
   Deputy Chief, Appeals Division
      Of Counsel

July 29, 2026