UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK,

-against-

DONALD J. TRUMP,

Defendant.

**NOTICE**

23 Civ. 3773 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court, having just completed a lengthy bench trial, expects to issue a decision in the pending matter, by Friday August 28, 2026.

Dated: August 20, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge