**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>*Defendant*. | No. 23 Civ. 3773 (AKH) |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant President Donald J. Trump hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the district court, entered on August 28, 2026 (ECF No. 93), denying President Trump's motion for leave to file a second removal notice pursuant to 28 U.S.C. § 1455(b)(4).

Dated: August 28, 2026

Respectfully submitted,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
giuffrar@sullcrom.com

*Counsel for President Donald J. Trump*